| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>YMCA of McHenry County | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>YMCA Camp Algonquin, Camp Algonquin and Triple R Fel Pro | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>36-2534576 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>701 Manor Road<br>Crystal Lake, IL 60014<br>ZIP CODE 60014 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>McHenry | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☑ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): YMCA of McHenry County |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Northern District of Illinois | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** YMCA of McHenry County |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   Telephone Number (if not represented by attorney)<br><br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   (Printed Name of Foreign Representative)<br><br>   Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  /s/ Rosanne Ciambrone<br>   Signature of Attorney for Debtor(s)<br>Rosanne Ciambrone<br>Printed Name of Attorney for Debtor(s)<br>Duane Morris LLP<br>Firm Name<br>190 S. LaSalle, Suite 3700<br>Chicago, IL 60603<br>Address<br>(312) 499-6700<br>Telephone Number<br>01/26/2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>   Address<br><br>X _____<br><br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Robert L. Klein<br>   Signature of Authorized Individual<br>Robert L. Klein<br>Printed Name of Authorized Individual<br>President and CEO<br>Title of Authorized Individual<br>01/26/2011<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District Of Illinois

In re YMCA OF MCHENRY COUNTY,    Case No. _____
           Debtor                Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS[1]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. *See* 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ALG-LITH Fire Protection Dist. 1020 West Algonquin Road Lake in the Hills, IL 60102 | Marjean Diercks 1020 West Algonquin Road Lake in the Hills, IL 60102 (847) 658-8233 | Trade Debt | | $6,941.76 |
| Aurora University George Williams College P.O. Box 210 Williams Bay, WI 53191 | Deborah Brecher George Williams College P.O. Box 210 Williams Bay, WI 53191 (262) 245-5531 | Trade Debt | | $10,206.00 |
| Barrington Transportation Co. 315 South Hager Avenue Barrington, IL 60010 | Lorraine Pahlke, President 315 South Hager Avenue Barrington, IL 60010 (847) 381-1043 | Trade Debt | | $13,801.00 |

---

[1] The Debtor has not included any of its employees or creditors with claims relating to benefit plans in this List to the extent it will seek authorization to pay such creditors by motion.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Brigitte Jones, Special Administrator of the Estate of Adrian Jones, deceased c/o Michael J. Laux Cochran, Cherry, Givens, Smith & Montgomery One North LaSalle Street, Suite 2450 Chicago, IL 60602 | Michael J. Laux Cochran, Cherry, Givens, Smith & Montgomery One North LaSalle Street, Suite 2450 Chicago, IL 60602 (312) 977-0200 | Lawsuit | Contingent, unliquidated, disputed | |
| Cleanstar Inc. 10711 Willy Avenue Algonquin, IL 60102 | Craig Poegel 10711 Willy Avenue Algonquin, IL 60102 (847) 658-4397 | Trade Debt | | $4,000.00 |
| ComEd Customer Care Center Building Attn: Revenue Management Department Oak Brook, IL 60523 | Revenue Management Customer Care Center Building Attn: Revenue Management Department Oak Brook, IL 60523 (800) 588-9477 | Utility | | $5,911.79 |
| Department of the Treasury Internal Revenue Service Cincinnati, OH, 45999-0039 | Department of the Treasury Internal Revenue Service Cincinnati, OH, 45999-0039 (800) 829-0115 | Taxes | Unliquidated | $177,935.92 |
| Eder, Casella & Co 5400 W Elm St. Ste 203 McHenry, IL 60050 | John Eder 5400 W Elm St. Ste 203 McHenry, IL 60050 (815)344-1300 | Trade Debt | | $8,529.50 |
| Edmonds Incorporated 626 Executive Drive Willowbrook, IL 60527 | John Manderscheid 626 Executive Drive Willowbrook, IL 60527 (630) 325-4708 | Trade Debt | | $3,785.40 |
| Great American Insurance Co. PO Box 741877 Cincinnati, OH 45274-1877 | Specialty Accounting PO Box 741877 Cincinnati, OH 45274-1877 (800) 847-4357 | Trade Debt | | $10,313.18 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Leonard Avant, as Special Administrator of the Estate of Estate of Jimmy Avant, deceased<br><br>c/o Matthew L. Willens<br>Willens Law Offices<br>30 North LaSalle Street, Suite 4020<br>Chicago, IL 60602<br><br>and<br><br>c/o David E. Rapoport<br>Joshua L. Weisberg<br>Rapoport Law Offices, P.C.<br>20 North Clark Street,<br>Suite 3500<br>Chicago, IL 60602 | Matthew L. Willens<br>Willens Law Offices<br>30 North LaSalle Street, Suite 4020<br>Chicago, IL 60602<br>(312)957-4166<br><br>and<br><br>David E. Rapoport<br>Joshua L. Weisberg<br>Rapoport Law Offices, P.C.<br>20 North Clark Street,<br>Suite 3500<br>Chicago, IL 60602<br>(312)327-9880 | Lawsuit | Contingent, unliquidated, disputed | |
| Mark Elmore Associates<br>42 East Street, Ste 104<br>Crystal Lake, IL, 60014 | Mark Elmore<br>42 East Street, Ste 104<br>Crystal Lake, IL, 60014<br>(815) 455-7260 | Trade Debt | | $5,551.00 |
| Marshaun Williams<br>c/o Joanne Fryer<br>Susan E. Loggans & Associates<br>33 North LaSalle Street, Suite 1710<br>Chicago, IL 60602 | Joanne Fryer<br>Susan E. Loggans & Associates<br>33 North LaSalle Street, Suite 1710<br>Chicago, IL 60602 | Lawsuit | Contingent, unliquidated, disputed | |
| Nicor Gas<br>PO Box 632<br>Aurora, IL 60507-0632 | PO Box 632<br>Aurora, IL 60507-0632<br>(630) 983-4040 | Utility | | $11,613.06 |
| Northwest Herald<br>PO Box 250<br>Crystal Lake<br>IL, 60039-0250 | Jan Walters<br>PO Box 250<br>Crystal Lake<br>IL, 60039-0250<br>(815) 459-4040 | Trade Debt | | $4,863.47 |
| The Lifeguard Store<br>2012 West College<br>Normal, IL, 61761 | Amy Hilton<br>2012 West College<br>Normal, IL, 61761<br>(309) 451-5858 | Trade Debt | | 9,030.09 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Virginia Choice, as Special Administrator of the Estate of Melvin Choice III, deceased c/o Thomas E. Pakenas Dale & Pakenas 641 W. Lake Street, Suite 400 Chicago, IL 60661 | Thomas E. Pakenas Dale & Pakenas 641 W. Lake Street, Suite 400 Chicago, IL 60661 (312) 258-1800 | Lawsuit | Contingent, unliquidated, disputed | |
| State of Illinois Department of Revenue PO Box 19043 Springfield, IL 62794-9043 | ICS Payment and Correspondence Unit PO Box 19043 Springfield, IL 62794-9043 (217)785-2698 | Taxes | Unliquidated | $15,954.23 |
| State of Wisconsin Department of Revenue PO Box 8901 Madison, WI 53708-8901 | Central Collections PO Box 8901 Madison, WI 53708-8901 (608)266-7879 | Taxes | Unliquidated | $4,301.34 |
| Visionquest Association, Inc., d/b/a Visionquest International, YMCA of McHenry County c/o Francis X. Speh, Jr. Tommy H. Brewer 22775 Sherman Road Steger, Illinois 60475 | Francis X. Speh, Jr. Tommy H. Brewer 22775 Sherman Road Steger, Illinois 60475 (708) 757-6229 | cross-claim in lawsuit | Contingent, unliquidated, disputed | |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Robert L. Klein, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date 01/26/2011         Signature /s/ Robert L. Klein
                                    Robert L. Klein
                                    President and CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. *18 U.S.C. §§ 152 and 3571.*

- 4 -

DM3\1682714.1

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   YMCA of McHenry County                               Case No.
                          Debtor(s)                          Chapter   11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   YMCA of McHenry County   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

01/26/2011                            /s/ Rosanne Ciambrone
Date                                  **Rosanne Ciambrone 6199456**
                                      Signature of Attorney or Litigant
                                      Counsel for   **YMCA of McHenry County**
                                      **Duane Morris LLP**
                                      **190 S. LaSalle Street**
                                      **Suite 3700**
                                      **Chicago, IL 60603**
                                      **312-499-6700 Fax:312-499-6701**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **YMCA of McHenry County**              Case No.
Debtor(s)
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **600**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 26, 2011**        /s/ Robert L. Klein
                                             /   Robert L. Klein / President and CEO
                                             Signer/Title