UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>YMCA OF MCHENRY COUNTY,<br><br>    Debtor. | Chapter 11<br>Case No.: 11-80295<br>Honorable Manuel Barbosa<br>Hearing Date: March 2, 2011<br>Hearing Time: 11:00 a.m. |

### NOTICE OF FINAL HEARING ON MOTION OF DEBTOR
### FOR INTERIM AND FINAL ORDERS AUTHORIZING A DEBTOR
### IN POSSESSION FINANCING AGREEMENT

PLEASE TAKE NOTICE OF THE FOLLOWING:

On February 11, 2011, the United States Bankruptcy Court for the Northern District of Illinois (the "*Bankruptcy Court*") entered the Interim Order (I) Authorizing Debtor to Obtain Post-Petition Financing; (II) Scheduling and Approving Form and Method of Notice for a Final Hearing; and (III) Granting Related Relief [Docket No. 31] (the "*Interim DIP Order*").  The Interim DIP Order, among other things, granted the YMCA of McHenry County's (the "*Debtor*") Motion for Interim and Final Orders Authorizing a Debtor in Possession Financing Agreement [Docket No. 27] (the "*DIP Motion*") on an interim basis to the extent and subject to the terms set forth therein.

Pursuant to the Interim DIP Order, **a final hearing will be held on the DIP Motion on March 2, 2011 at 11:00 a.m. (Central Time) at the United States Bankruptcy Court for the Northern District of Illinois, Western Division, courtroom 115, 211 South Court Street, Rockford, Illinois, before the Honorable Manuel Barbosa, United States Bankruptcy Judge. Any objection to the relief sought in the DIP Motion at the final hearing shall be filed with the Bankruptcy Court on or before 5:00 p.m. (Central Time) on February 25, 2011 and served upon counsel to the Debtor, Rosanne Ciambrone, Duane Morris LLP, 190 South LaSalle Street, Suite 3700, Chicago, Illinois  60603**.  Unless an objecting party or its counsel appears at the Final Hearing to assert the basis for such objection before the Court, such objection shall be deemed to have been waived and abandoned by such objecting party.

| | |
|---|---|
| Dated: February 14, 2011 | **YMCA OF MCHENRY COUNTY,**<br>By: /s/ Matthew A. Olins<br>    One of Its Attorneys<br>Rosanne Ciambrone (A.R.D.C. #6199456)<br>Matthew A. Olins (A.R.D.C. #6275636)<br>DUANE MORRIS LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, Illinois  60603<br>Telephone:  (312) 499.6700<br>Facsimile:  (312) 499.6701<br>Email: maolins@duanemorris.com<br>Proposed Counsel For The Debtor and<br>Debtor-In-Possession |