**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 11-80295 |
| YMCA OF MCHENRY COUNTY, | Honorable Manuel Barbosa |
| Debtor. | |

# CERTIFICATE OF SERVICE

      I, Matthew A. Olins, an attorney, certify that: (a) on April 4, 2011, this Court's electronic filing system indicated that electronic notice of (i) the Final Application of Duane Morris LLP for Allowance of Compensation and Reimbursement of Expenses [Docket No. 73] (the "*Final Application*") and (ii) Debtor's Motion to Convert its Chapter 11 Bankruptcy Case to a Case under Chapter 7 [Docket No. 74] (the "*Motion to Convert*") would be served electronically on those parties listed on the CM/ECF Service List attached hereto; (b) on April 5, 2011, I caused copies of the Final Application and the Motion to Convert to be served via First Class U.S. Mail, postage pre-paid, on the parties listed on the Master Service List attached hereto; and (c) on April 5, 2011, I caused a copy of the Notice of Hearing on (I) Final Application of Duane Morris LLP for Allowance of Compensation and Reimbursement of Expenses and (II) Debtor's Motion to Convert its Chapter 11 Bankruptcy Case to a Case Under Chapter 7 (a copy of which is attached hereto as <u>Exhibit A</u>) to be served via First Class U.S. Mail, postage pre-paid, on the parties listed on the Master Service List attached hereto and the Expanded Service List attached hereto.

Dated: April 6, 2011                        **YMCA OF MCHENRY COUNTY,**

                                            By: /s/ Matthew A. Olins
                                               One of Its Attorneys

                                            Rosanne Ciambrone (A.R.D.C. #6199456)
                                            Matthew A. Olins (A.R.D.C. #6275636)
                                            DUANE MORRIS LLP
                                            190 South LaSalle Street, Suite 3700
                                            Chicago, Illinois 60603
                                            Telephone: (312) 499.6700
                                            Facsimile: (312) 499.6701
                                            Email: maolins@duanemorris.com

                                            Counsel For The Debtor and
                                            Debtor-In-Possession

## **CM/ECF SERVICE LIST**

Rosanne Ciambrone    rciambrone@duanemorris.com

Christopher J. Horvay    chorvay@gouldratner.com

Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

Mark E Leipold    mleipold@gouldratner.com, stamssot@gouldratner.com; hmartinez@gouldratner.com

Matthew A Olins    maolins@duanemorris.com

Pia N Thompson    pthompson@gouldratner.com, lnaples@gouldratner.com

Joshua L Weisberg    jweisberg@rapoportlaw.com

## MASTER SERVICE LIST

| | | |
|---|---|---|
| ALG-LITH Fire Protection Dist.<br>Attn: Marjean Diercks<br>1020 West Algonquin Road<br>Lake in the Hills, IL 60156-3500 | Aurora University<br>George Williams College<br>Attn: Deborah Brecher<br>P.O. Box 210<br>Williams Bay, WI 53191 | Barrington Transportation Co.<br>315 S. Hager Avenue<br>Barrington, IL 60010-4191 |
| Brigitte Jones, Special Administrator of the Estate of Adrian Jones, deceased<br>c/o Michael J. Laux<br>Cochran, Cherry, Givens, Smith & Montgomery<br>One North LaSalle Street<br>Suite 2450<br>Chicago, Illinois 60602 | Clincher LLC<br>c/o John Jiganti<br>Paul M. Sheridan<br>Madden, Jiganti, Moore & Sinars LLP<br>190 South LaSalle Street<br>Suite 1700<br>Chicago, IL  60603 | Cleanstar Inc.<br>Attn: Craig Poegel<br>10711 Willy Avenue<br>Algonquin, IL 60101 |
| ComEd<br>Customer Care Center Building<br>Attn:  Revenue Management Department<br>Oak Brook, Illinois 60523 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Eder, Casella & Co.<br>5400 W. Elm Street, Suite 203<br>McHenry, IL 60050-4032 |
| Edmonds Incorporated<br>Attn: John Manderscheld<br>626 Executive Drive<br>Willowbrook, IL 60527 | Great American Insurance Co.<br>Specialty Accounting<br>PO Box 741877<br>Cincinnati, OH 45274-1877 | Harris Bank<br>c/o David T.B. Audley<br>Chapman & Cutler<br>111 West Monroe Street<br>Chicago, IL 60603 |
| Harris Bank<br>Attn: Kay Wesson<br>111 W. Monroe Street, 4W<br>Chicago, IL 60603 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency<br>3101 Constitution Dr, M/S 5000 SPD<br>Springfield, IL 62704 |
| Leonard Avant, as Special Administrator of the Estate of Jimmy Avant, deceased<br>c/o Matthew L. Williams<br>Willens Law Offices<br>30 N. LaSalle Street,<br>Suite 4020<br>Chicago, Illinois 60602 | Leonard Avant, as Special Administrator of the Estate of Jimmy Avant, deceased<br>c/o David E. Rapoport<br>Joshua L. Weisberg<br>Rapoport Law Offices, PC.<br>20 N. Clark Street, Suite 3500<br>Chicago, IL 60602 | Mark Elmore Associates<br>Attn: Mark Elmore<br>42 East Street, Suite 104<br>Crystal Lake, IL 60014 |
| Marshaun Williams<br>c/o Patrick James Blum<br>Susan E. Loggans and Associates<br>222 North LaSalle Street, #460<br>Chicago, IL 60601 | Nicor Gas<br>PO Box 632<br>Aurora, IL 60507-0632 | Northwest Herald<br>P.O. Box 250<br>Crystal Lake, IL 60039-0250 |

**MASTER SERVICE LIST**

|  | State of Illinois<br>Department of Revenue<br>ICS Payment and<br>Correspondence Unit<br>PO Box 19043<br>Springfield, IL 62794-9043 | State of Wisconsin<br>Department of Revenue<br>Central Collections<br>PO Box 8901<br>Madison, WI 53708-8901 |
|---|---|---|
| The Lifeguard Store<br>c/o Amy Hilton<br>2012 West College<br>Normal, IL 61761 | The Young Men's Christian<br>Association of Chicago<br>c/o Christopher J. Horvay<br>Karl M. Alhm<br>Gould & Ratner<br>222 North LaSalle Street<br>Suite 800<br>Chicago, IL 60601 | Virginia Choice, as Special Administrator of<br>the Estate of Melvin Choice III, deceased<br>c/o Thomas E. Pakenas<br>Dale & Pakenas<br>641 W. Lake Street, Suite 400<br>Chicago, IL 60661 |
| Visionquest Association, Inc., d/b/a<br>Visionquest International<br>c/o Francis X. Speh, Jr.<br>Tommy H. Brewer<br>22775 Sherman Road<br>Steger, IL 60475 | YMCA of McHenry County<br>701 Manor Road<br>Crystal Lake, Illinois 60014 | YMCA of the USA<br>Attn: Joan Lovell<br>101 N. Wacker Drive<br>Chicago, Illinois 60606 |

**EXPANDED SERVICE LIST**

Accurate Biometrics Inc
4849 N Milwaukee Ave Ste 101
Chicago, IL 60630

Adoption Threads
c/o Kelly Gryting
16059 Northwoods Road
Prior Lake, MN 55372

ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, PA 15250

ALG-LITH Fire Protection Dist
1020 West Algonquin Road
Lake in the Hills, IL 60102

All American Fire & Safety Inc
P.O. Box 7489
Algonquin, IL 60102

American Camp Association
5000 State Road 67 North
Martinsville, IN 46151

American First Aid Services
784 Church Road
Elgin, IL 60123

American Red Cross
75 Remittance Dr Ste 1929
Chicago, IL 60675-1929

Anderson Pest Control
501 W. Lake Street
Elmhurst, IL 60126

Anne Marie Fogo
1905 Redwood Lane
McHenry, IL 60050

Arvidson, Elaine
1218 Birch Street
Lake in the Hills, IL 60156

Appalachian Underwriters
PO BOX 800
Oak Ridge, TN 37831

Appalachian Underwriters
P.O. Box 2908
Kennesaw, GA 30156

Arrow Septic & Sewer
1704 Lamb Rd Unit B
Woodstock, IL 60098

Arvidson Pool and Spa
3209 South Route 31
Crystal Lake, IL 60012

AT&T
BILL PAYMENT CENTER
SAGINAW, MI 48663-0003

AT&T
Bankruptcy Department
P.O. Box 769
Arlington, TX 76004

Aurora University
George Williams College
P.O. Box 210
Williams Bay, WI 53191

B.P.
805 S. Broadway
McHenry, IL 60050

Bannockburn Elementary School
2165 Telegraph Road
Deerfield, IL 60015

Barrington Transportation Co
315 South Hager Avenue
Barrington, IL 60010

DM3\1751866.1

**EXPANDED SERVICE LIST**

Beebe Elementary
110 E. 11th Street
Naperville, IL 60563

Berschneider, Amanda L
278 Hutchins Court
Woodstock, IL 60098

Boisen, Samantha A
1382 Cunat Court 2A
Lake In The Hills, IL 60156

Board of Education, City of Chicago
c/o Joseph P. Postel, David S. Osborn
Lindsay Rappaport & Postel, LLC
10 S. LaSalle Street, Suite 1301
Chicago, IL 60603

Board of Trustees of the University
of Illinois
826 S. Halsted Street (MC-203)
Chicago, IL 60607

Breitenstein, Amanda S
1686 Harper Lane
Crystal Lake, IL 60014

Breitenstein, Steve
1686 Harper Lane
Crystal Lake, IL 60014

Brigette Jones, Estate of Adrian Jones
c/o Michael J. Laux
Cochran, Cherry, Givens, Smith &
Montgomery
One North LaSalle Street, Suite 2450
Chicago, IL 60602

Buhr, Nancy A
955 Ridgewood
Cary, IL 60013

Calabrese, Lindsay
923 Golf Course Rd, Unit 1
Crystal Lake, IL 60014

Cassidy, Audrey E
213 Lexington Ave
Fox River Grove, IL 60021

Camp Chicago
65 E. Huron Street
Chicago, IL 60611

Camp Hope
P.O. Box 687
Lake Forest, IL 60045

Camp Soar - Children's Research Triangle
180 N. Michigan Avenue, Suite 700
Chicago, IL 60601

Campanelli School
310 S. Springinsguth
Schaumburg, IL 60193

CDS Office Technologies
P.O. Box 3566
Springfield, IL 62708-3566

CDS Office Technologies
612 S. Dirksen Parkway
Springfield, IL 62703

CFC Youth
490 Waterbury Lane
Roselle, IL 60172

Chesler, Michael J.
1208 Brookdale
Carpentersville, IL 60110

Chicago Children's Choir
78 E. Washington Street
Chicago, IL 60602

Choquette, Terry
6213 N. Wyndwood Drive
Crystal Lake, IL 60014

2

**EXPANDED SERVICE LIST**

Chuck Zogus
110 Lloyd St.
Cary, IL 60013

City of Crystal Lake
P. O. Box 597
Crystal Lake, IL 60039-0597

City of Crystal Lake
100 W. Woodstock Street
Crystal Lake, IL 60014

Clean Star Inc.
10711 Willy Avenue
Algonquin, IL 60102

ComEd
P.O. Box 6111
Carol Stream, IL 60197

ComEd
Attn: Revenue Management Dept.
Customer Care Center Building
2100 Swift Drive
Oak Brook, IL 60523

Commercial Pool & SPA Supplies
1167 East Highway 36
Maplewood, MN 55109-2007

Court Products Inc
3935 Grove Avenue
Gurnee, IL 60031

Covad Communications
P.O. Box 39000
Department 33408
San Francisco, CA 94139

Covad Communications
2220 0'Toole Avenue
San Jose, CA 95131

CQ Industries, Inc
477 W. Fullerton Ave
Elmhurst, IL 60125

Crown Restrooms
1704 Lamb Rd Unit B
Woodstock, IL 60098

Crown USA
3670 N 126th Street
Brookfield, WI 53005

Davis, Mary E
113 Valley Dr
Oakwood Hills, IL 60013

Dcamp, Timothy D
339 Bryan Dr
Cary, IL 60013

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

DePaul University
1 E. Jackson Blvd.
Chicago, IL 60604

DirectTV
P.O. Box 60036
Los Angeles, CA 90060-0036

Discount School Supply
P.O. Box 60000 FILE# 73847
San Francisco, CA 94160-3847

Dinelli, Linda
5709 Greenview
Cary, IL 60013

3

DM3\1751866.1

**EXPANDED SERVICE LIST**

Doherty, Deborah
1705 South Street
Crystal Lake, IL 60014

Douglas, Leska
4604 Strong Road
Crystal Lake, IL 60014

Durkin, Kimberly
331 E. Forest Street
Marengo,, IL 60152

Earth Traditions
P.O. Box 647
Deerfield, IL 60015

Ed's Rental & Sales Inc
904 N Front Street
McHenry, IL 60050-5592

Eder, Casella & Co
5400 W Elm St, Ste 203
McHenry, IL 60050

Edmonds Incorporated
626 Executive Drive
Willowbrook, IL 60527

Elgin Youth Symphony
P.O. Box 6508
Elgin, IL 60121

Family Services
4100 Veterans Parkway
McHenry, IL 60050

Fauser, Lynda
1889 Cary Road
Algonquin, IL 60102

FEDEX
P. O. Box 94515
Palatine, IL 60094-4515

Ferguson Enterprises Inc
7109 Pingree Road
Crystal Lake, IL 60014

Fletcher, Maggie
625 Joseph Street
Lake In The Hills, IL 60156

Fredrick, Cari A
502 Old Hunt Rd
Fox River Grove, IL 60021

Fricano, Barry
68 Sycamore Lane
Crystal Lake, IL 60014

Gerc, Bryan
1945 Cary Road
Algonquin, IL 60102

Gerc, Jaclyn
1945 Cary Road
Algonquin, IL 60102

Gerc, Meghan
1945 Cary Road
Algonquin, IL 60102

Gibbons, Sheila
548 Abbeywood
Cary, IL 60013

Gilliam, Andrew S
4006 W Prestwick St
McHenry, IL 60050

Girl Scouts of Greater Chicago
& Northwest Indiana
1767 RFD
Long Grove, IL 60047

Glenbrook School
315 Garden Circle Drive
Streamwood, IL 60107

4

**EXPANDED SERVICE LIST**

Glenview Park District
1421 Milwaukee Avenue
Glenview, IL 60025

Goetz, Melissa R
7318 Grandview Court
Carpentersville, IL 60110

Graske, David L.
408 West Jackson - 1G
Woodstock, IL 60098

Great American Insurance Co.
P. O. Box 741877
Cincinnati, OH 45274-1877

Great Lakes Commercial Sales
12705 Robin Lane
Brookfield, WI 53005

Greenwood Elementary
1919 North Avenue
Waukegan, IL 60087

Greenwood Elementary
c/o William J. Connelly, Esq.
Hinshaw & Culbertson
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601

H.G.
704 Cimarron Drive
Cary, IL 60013

Hallstrom, Christine L
435 Kelly Ln
Crystal Lake, IL 60012

Halogen Supply Co. Inc.
4653 W. Lawrence Avenue
Chicago, IL 60630

Harris Bank
Att: Kay Wesson
111 W. Monroe Street, 4W
Chicago, IL 60603

Harris Bank Cary-Grove
122 West Main Street
Cary, IL 60013

Harris Trust Savings Bank
201 South Grove Avenue
Barrington, IL 60010

Hasty Awards
1015 Enterprise St
Ottawa, KS 66067

Heaney Electric
4570 Brigantine Lane
Hoffman Estates, IL 60192

Hein, Andrea L
985 Ridgewood Ln
Crystal Lake, IL 60014

High School District 155
One South Virginia Road
Crystal Lake, IL 60014

Hoffman Estates High School
1100 W. Higgins Road
Hoffman Estates, IL 60169

Holmes School
508 N. Kenilworth Avenue
Oak Park, IL 60302

Holvay, Nancy
320 E. Everett
Crystal Lake, IL 60014

Home Depot Credit Services
P.O. Box 6031 Dept 32-2501396786
The Lakes, NV 88901-6031

Horist, Veronica C
5411 W Sarasota Drive
McHenry, IL 60050

5

DM3\1751866.1

**EXPANDED SERVICE LIST**

Hytek Sports
10182 Telesis Court, 1st Floor
San Diego, CA 92121

Ice Town Leasing
1040 North DuPage Avenue
Lombard, IL 60148

Ice Town Leasing
50 Eisenhower Lane North
Lombard, Illinois 60148

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Employment Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

Illinois Finance Authority
180 North Stetson Avenue
Two Prudential Plaza
Suite 2555
Chicago, Illinois 60601

In The Swim
P.O. Box 347111
Pittsburgh, PA 15251-7111

Industry Heating
P.O. BOX 301
Hebron, IL 60034

J.S.
214 Cascade Drive
Crystal Lake, IL 60012

Jefferson Elementary
1200 N. Jefferson Street
Harvard, IL 60033

John J Horeled
651 Terra Cotta Avenue, Suite 224
Crystal Lake, IL 60014

Jonas Salk
500 King Arthur Way
Bolingbrook, IL 60440

Jones, Alec
913 Rivers Edge Drive
Minooka, IL 60447

JPMorgan Chase Bank, N.A.
Attn: David Chan/Elizabeth May
10 South Dearborn
Chicago, IL 60603

Judson University
1151 N. State Street
Elgin, IL 60123

K.L.
29 Marryat Road
Cary, IL 60013

KAL Heating & Cooling
367 W. Jamesway
Cary, IL 60113

Keenan, George W
689 Saddle Ridge Crystal
Crystal Lake, IL 60012

Klein, Robert
40312 125th Street
Twin Lakes, WI 53181

**EXPANDED SERVICE LIST**

Komarek School District 94
8940 W. 24th Street
Riverside, IL 60546

Kubas, Denise K.
987 Manchester St.
Cary, IL 60013

Kubas, Robert C
987 Manchester St
Cary, IL 60013

Laura Myers
3095 Boerderij Way
Woodstock, IL 60098

Leonard Avant, Estate of Jimmy Avant
c/o Matthew L. Willens
Willens Law Offices
30 North LaSalle Street, Suite 4020
Chicago, IL 60602

Leonard Avant, Estate of Jimmy Avant
c/o David E. Rapoport/Joshua L. Weisberg
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602

Liebmann, Jennifer L.
321 N. Lincoln Ave
Carpentersville, IL 60110

Link, Deana R
1705 South Street
Crystal Lake, IL 60014

Little, Graham
1870 S. Mark Lane
Round Lake, IL 60073

Lynda Fauser
222 Lake Shore Drive
Oakwood Hills, IL 60013

Lynda Fauser
1889 Cary Road
Algonquin, IL 60102

Lynda Fauser
c/o Carter A. Esterling
Bryce Downey & Lenkov
200 N. LaSalle Street
Chicago, IL 60601

M.K.
6815 Waterford Drive
McHenry, IL 60050

Manssen, Jackie
1116 Boone Creek
Bulley Valley, IL 60050

Marie Murphy School
2921 Illinois Road
Wilmette, IL 60091

Mark Elmore Associates
42 East Street, Ste 104
Crystal Lake, IL 60014

Mars Insurance Agency
P.O. Box 1169
Crystal Lake, IL 60039

Mars Insurance Agency
9 SE Virginia Road
P.O. Box 1169
Crystal Lake, IL 60039

Marsean Williams
c/o Joanne Fryer
Susan E. Loggans & Associates
33 North LaSalle Street, Suite 1710
Chicago, IL 60602

McHenry County Clerk
2200 N. Seminary Avenue
Woodstock, IL 60098

7

DM3\1751866.1

**EXPANDED SERVICE LIST**

McHenry County Conservation District
18410 U.S. Highway 14
Woodstock, IL 60098

Mike Zimmerman
439 Scott Street
Algonquin, IL 60102

Miller, Carol M
1450 Alexandra Blvd
Crystal Lake, IL 60014

MPLC
P.O. Box 181
Stamford, CT 06904-0181

MSI
231 E. Broadway
Schaumburg, IL 60195

NATIONAL YMCA EMP BENEFIT PLAN
PO BOX 91005
CHICAGO, IL 60693-1005

NASA Education
3305 S. Illinois Route 31, Unit 2
Crystal Lake, IL 60012

Nass, Sara J
2119 Colby Pt Rd
McHenry, IL 60050

Nicor Gas
P.O. Box 632
Aurora, IL 60507-0632

North Lawndale College
c/o Joseph P. Postel/David S. Osborne
Lindsay Rappaport & Postel, LLC
10 S. LaSalle Street, Suite 1301
Chicago, IL 60603

North Lawndale College Prepatory
c/o Laurcen K. Meachum/Patrick H. Noris
Law Offices of Meachum and Starck
225 West Washington, Suite 1400
Chicago, IL 60606

Northwest Herald
P.O. Box 250
Crystal Lake, IL 60039

Orchard Place
2727 Maple
Des Plaines, IL 60018

Palmquist, Kathryn D
1182 E Danbury Dr
Cary, IL 60013

Patton, Carlie
815 North Shore Drive
Crystal Lake, IL 60014

Perrone, James
121 Iona Terrace
Algonquin, IL 60102

Pesina, Jenny M
5516 Burwood Drive
Oakwood Hills, IL 60013

Peters, Desire M
805 S Broadway
McHenry, IL 60050

Pitney Bowes Credit Corporation
P.O. Box 856460
Louisville, KY 40285

Plainfield Elementary
1301 Plainfield Drive
Des Plaines, IL 60018

Plainfield Elementary
1850 Plainfield Drive
Des Plaines, Illinois 60018

8

**EXPANDED SERVICE LIST**

Platinum Poolcare
300 Industrial Lane
Wheeling, IL 60090

Plummer, Brad A
1889 Cary Rd
Algonquin, IL 60102

Plummer, Emily J
1889 Cary Rd
Algonquin, IL 60102

Pollock, Shera L
5 Gail Ct
Lake In The Hills, IL 60156

Porter, Candi
1215 Hillside Lane
McHenry, IL 60050

Prairie Grove School District No. 46
Attn: Superintendent of Schools
3223 IL Route 176
Crystal Lake, IL 60014

Purchase Power
P.O. Box 856042
Louisville, KY 40285

Quill
P.O. Box 37600
Philadelphia, PA 19101

R.S.
546 Woodmar Terrace
Crystal Lake, IL 60014

Randazzo, Cynthia R
219 Cool Stone Bend
Lake In The Hills, IL 60156

Randazzo, Nicole P
219 Coolstone Bend
Lake In The Hills, IL 60156

Rebecca Hoklas
6203 Raintree
Crystal Lake, IL 60012

Roberts, Dawn T
1510 Dogwood Lane
Crystal Lake, IL 60014

Ryan, Yuka
4005 May Lane
Spring Grove, IL 60081

S.G.
548 Abbywood Drive
Cary, IL 60013

S.R.
219 Cool Stone Bend
Lake In The Hills, IL 60156

Sabrina Tatum
3415 Sanborn Lane
DeKalb, IL 60115

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680

Sara Haffner - Wolf
3215 W. Beach Drive
McHenry, IL 60050

Schmiedlin, Teresa
1889 Cary Road
Algonquin, IL 60102

Schneidewent, Jeannette D.
620 Webster
Algonquin, IL 60102

Schrank, Jayson S
214 Cascade Dr
Crystal Lake, IL 60012

9

**EXPANDED SERVICE LIST**

Schweitzer Fellows Group
29 E. Madison Street, Suite 602
Chicago, IL 60602

Secretary of State
69 W. Washington Street, Suite 1240
Chicago, IL 60602

Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

Seemayer, Nicole M
3017 Talaga Dr
Algonquin, IL 60102

Sherman Mechanical Inc
1075 Alexander Court
Cary, IL 60013

Sierra Club
75 S. Walkup
Crystal Lake, IL 60014

Specialty Floors Inc
P.O. Box 8098
Rockford, IL 61126

Spiewak, Chris
715 Spruce Tree Drive
Cary, IL 60013

Spindler, David P
633 Elsinoor Ln
Crystal Lake, IL 60014

Spindler, Patricia
633 Elsnoor
Crystal Lake, IL 60014

Sportsmith
5925 South 118th East Avenue
Tulsa, OK 74146

Sprint
P.O. Box 4181
Carol Stream, IL 60197

St. Clements
2524 N. Orchard Street
Chicago, IL 60614

St. Giles Church
1025 Columbian Avenue
Oak Park, IL 60302

St. James School
409 S. Park Boulevard
Glen Ellyn, IL 60137

St. Joseph School
274 Division Street
Elgin, IL 60120

St. Petronille School
425 Prospect, Suite 100
Glen Ellyn, IL 60137

St. Pius X School
601 S. Westmore Avenue
Lombard, IL 60148

State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197

State of Illinois
Department of Revenue
P.O. Box 19043
Springfield, IL 62794

State of Illinois Department of Children
& Family Services (Day Care Services)
406 East Monroe
Springfield, IL 62701

State of Wisconsin
Department of Revenue
P.O. Box 8901
Madison, WI 53708

10

**EXPANDED SERVICE LIST**

| | |
|---|---|
| State of Wisconsin<br>Department of Revenue<br>Central Collections<br>P.O. Box 8901<br>Madison, WI 53708 | U.S. Bank National Association<br>Attn: Grace A. Gorka<br>209 South LaSalle Street, Suite 300<br>Chicago, IL 60604 |
| Stolen, Paul<br>5188 Satsuma Lane<br>Madison, WI 53711 | US Bank National Association, as Trustee<br>60 Livingston Avenue<br>Mailcode: EP-MN-WS3C<br>St. Paul, MN 55107 |
| Susan A. Owsiany<br>1104 S. Bennington<br>Crystal Lake, IL 60014 | US Bank NA Trustee<br>111 E. Wacker Drive<br>Chicago, IL 60601 |
| Szkil, Nathaniel<br>2720 Odlum Drive<br>Schaumburg, IL 60194 | United States Attorney<br>Attn: Patrick Fitzgerald<br>219 S. Dearborn Street, Fifth Floor<br>Chicago, Illinois 60604 |
| Sunset Ridge School<br>525 Sunset Ridge Road<br>Winnetka, IL 60093 | United States Attorney<br>308 West State, Room 300<br>Rockford, Illinois 61101 |
| The Lifeguard Store<br>2012 West College<br>Normal, IL 61761 | United States Environmental Protection Agency<br>Richard L. Nagle<br>Bankruptcy Contact<br>US EPA Region 5<br>Mail Code: C-14J<br>Chicago, IL 60604 |
| The Young Men's Christian Association<br>of Chicago-YMCA of Metropolitan Chicago<br>Attn: Richard Malone<br>801 North Dearborn Street<br>Chicago, IL 60610 | |
| Thome, Benjamin L<br>3906 Maple Ave<br>McHenry, IL 60050 | United Way of Greater McHenry County, Inc.<br>4508 Prime Parkway<br>McHenry, IL 60050 |
| Timothy J. Young/Michael Shacter<br>Lewis Brisbois Bisgaard & Smith<br>550 W. Adams, Suite 300<br>Attorneys for Defendant YMCA of McHenry<br>Chicago, IL 60661 | Van Hoorn, Donna M<br>2950 Boerderij Way<br>Woodstock, IL 60098<br><br>Veolia ES Solid Waste Midwest LLC<br>4612 W. Lake Street<br>Melrose Park, IL 60160 |

11

**EXPANDED SERVICE LIST**

Veolia ES Solid Waste Midwest LLC
1660 Hubbard Avenue
Batavia, IL 60510

Virginia Choice, Estate of Melvin Choice
c/o Thomas E. Pakenas
Dale & Pakenas
641 W. Lake Street, Suite 400
Chicago, IL 60661

Visionquest Assoc., Inc.
c/o Franis X. Speh, Jr.
Tommy H. Brewer
22775 Sherman Road
Steger, IL 60475

Washington School
110 S. Orchard Avenue
Waukegan, IL 60085

Washington School
c/o William J. Connelly, Esq.
Hinshaw & Culbertson
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Water One Inc
960 Muirfield Drive
Hanover Park, IL 60133

Weber, Sarah
686 Dartmoor Drive
Crystal Lake, IL 60014

Westgate Elementary
500 S. Dwyer
Arlington Heights, IL 60005

Wilson, Rachel
7105 Seminole Drive
Wonder Lake, IL 60097

YMCA Retirement Fund
Attn: Min Chung Lee
140 Boardway, 28th Floor
New York, NY 10005-1197

YMCA Retirement Fund
PO BOX 35551
Newark, NJ 7193