## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: MCHENRY COUNTY YMCA | § | Case No. 11-80295 |
| | § | |
| ALGONQUIN, YMCA CAMP | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 27, 2011.  The undersigned trustee was appointed on June 27, 2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          1,548,862.90

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 1,402,936.23 |
| Administrative expenses | 71,908.55 |
| Bank service fees | 5,476.72 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 68,541.40 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/14/2011 and the deadline for filing governmental claims was 07/25/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $69,715.89.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $34,863.15, for a total compensation of $34,863.15.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,405.90, for total expenses of $1,405.90.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/09/2015                By:/s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-80295 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** MCHENRY COUNTY YMCA | **Filed (f) or Converted (c):** 04/27/11 (c) |
| | **§341(a) Meeting Date:** 06/09/11 |
| **Period Ending:** 02/09/15 | **Claims Bar Date:** 09/14/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 701 Manor Rd, Crystal Lake, IL 60014 *Voided  (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 2 | 701 Manor Road, Crystal Lake, Illinois 60014 | 1,650,000.00 | 100,000.00 | | 1,489,849.07 | FA |
| 3 | Petty Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Harris Bank - Banking Accounts Home State Bank A | 5,000.00 | 0.00 | | 22,693.16 | FA |
| 5 | ComEd $3,641.66 ComEd $10,065.00 | 13,706.66 | 0.00 | | 0.00 | FA |
| 6 | See Exhibit B-4 | Unknown | 0.00 | | 0.00 | FA |
| 7 | Great American Insurance Auto, Directors 580 Wal | Unknown | 0.00 | | 0.00 | FA |
| 8 | Misc./Account Receivable | 14,205.00 | 14,205.00 | | 10,139.00 | FA |
| 9 | 2001 Ford Econoline E350 S | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | Triple R Kayaks | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | See Exhibit B-4 for 28/29-Office Equip. | Unknown | 0.00 | | 0.00 | FA |
| 12 | Machinery/fixtures/equip./supplies of business | Unknown | 0.00 | | 0.00 | FA |
| 13 | Harris Bank Acct #7403436489  (u)<br>   2011 audit rpt - amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Harris Bank Acct #7403441091  (u)<br>   2011 auditor report- amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Harris Bank #0004109279  (u)<br>   2011 audit report - amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Harris Bank -  #0004109244  (u)<br>   2011 audit report - amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Home State Bank Acct #7018101 (u) | Unknown | Unknown | | 0.00 | FA |
| 18 | Overdraw on line of credit  (u) | 0.00 | 45,000.00 | | 26,179.73 | FA |
| 19 | Cook Co. Cir. Clk (cross claims<br>   Case #12929, 09L245, 09L8513 ^ 09L003859  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | IL Office of State Fire Marshal<br>   Basement boiler rm.  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | IL Dept of Childre & Family Ser. Day Care | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-80295 | Trustee: (330400) JOSEPH D. OLSEN |
| Case Name: MCHENRY COUNTY YMCA | Filed (f) or Converted (c): 04/27/11 (c) |
| | §341(a) Meeting Date: 06/09/11 |
| Period Ending: 02/09/15 | Claims Bar Date: 09/14/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | (License re: prairie Grove Day Care)  (See Footnote) | | | | | |
| 22 | IL Dept of Public Health Facility license  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 23 | United States Postal Service Standard mail permit | 0.00 | 0.00 | | 0.00 | FA |
| 24 | PMA Appalachian Underwriters Workers Compensation | Unknown | 0.00 | | 0.00 | FA |
| 25 | AM Trust North Amnerica Workers Compensation | Unknown | 0.00 | | 0.00 | FA |
| 26 | 1998 Dodge Dakota | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 1997 Ford F250 Truck | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 1997 Dodge Ram 2500 Truck | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.94 | Unknown |
| 29 | Assets    Totals (Excluding unknown values) | $1,702,961.66 | $159,205.00 | | $1,548,862.90 | $0.00 |

| | |
|---|---|
| RE PROP# 1 | VOIDED - Duplicates #2 |
| RE PROP# 19 | Case #12929, 09L245, 09L8513 & 09L003859 |
| RE PROP# 20 | Basement boiler rm. |
| RE PROP# 21 | (License re: Prairie Grove Day Care) |
| RE PROP# 22 | Facility license |

**Major Activities Affecting Case Closing:**

The Trustee has resolved the litigation with U.S. Bank over an overdraw on a letter of credit (adversary #11-96202).  The Trustee has recently prepared a Motion to Set an Administrative Bar Date and that is to be heard in January 2014.  After the expiration of the administrative bar date it is presumed the Trustee will not have enough funds to pay all of the Chapter 11 administrative claims in full.  The final report should be on file before June 30, 2014.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | January 15, 2015 | Current Projected Date Of Final Report (TFR): | January 15, 2015 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-80295 | |
| **Case Name:** | MCHENRY COUNTY YMCA | |
| | | |
| **Taxpayer ID #:** | **-***4576 | |
| **Period Ending:** | 02/09/15 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******80-65 - Checking Account |
| **Blanket Bond:** | $820,095.60 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/11 | {8} | River Trails School District 26 | Pymt. of invoices #6415 & 6416 | 1129-000 | 10,139.00 | | 10,139.00 |
| 06/21/11 | {4} | Harris Bank NA | turnover of bank accounts | 1129-000 | 22,693.16 | | 32,832.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 32,832.23 |
| 07/27/11 | | To Account #*********8066 | Transfer funds to Illinois Atty General's Office | 9999-000 | | 100.00 | 32,732.23 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,732.50 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.97 | 32,669.53 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,669.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.14 | 32,593.66 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -2.25 | 32,595.91 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,596.17 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.97 | 32,529.20 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,529.47 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.61 | 32,464.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,465.12 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.16 | 32,393.96 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,394.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.56 | 32,327.67 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,327.94 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.67 | 32,257.27 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.89 | 32,193.38 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.97 | 32,127.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.63 | 32,063.78 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.28 | 31,991.50 |
| 06/05/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/05/2012 FOR CASE<br>#11-80295, #016018067 | 2300-000 | | 242.09 | 31,749.41 |
| 06/28/12 | 1002 | Bernard J. Natale | Per Court Order 6/27/12 | 3210-000 | | 10,000.00 | 21,749.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.07 | 21,686.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.18 | 21,634.16 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.80 | 21,588.36 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.28 | 21,547.08 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.56 | 21,498.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.05 | 21,454.47 |
| 12/12/12 | | To Account #*********8066 | transfer funds to one acct. per JDO | 9999-000 | | 21,454.47 | 0.00 |

|  | | | | Subtotals : | $32,834.10 | $32,834.10 | |

{} Asset reference(s)

Printed: 02/09/2015 09:50 AM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: | 11-80295 |
| Case Name: | MCHENRY COUNTY YMCA |
| Taxpayer ID #: | **-***4576 |
| Period Ending: | 02/09/15 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******80-65 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 32,834.10 | 32,834.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,554.47 | |
| | | | Subtotal | | 32,834.10 | 11,279.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $32,834.10 | $11,279.63 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-80295 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | MCHENRY COUNTY YMCA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******80-66 - Checking Account |
| Taxpayer ID #: | **-***4576 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/09/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/11 | | From Account #*********8065 | Transfer funds to Illinois Atty General's Office | 9999-000 | 100.00 | | 100.00 |
| 08/04/11 | 101 | Illinois Charitable Bureau Fund | #01003743 (YMCA of McHenry County) | 2990-000 | | 100.00 | 0.00 |
| 08/29/11 | {2} | Chicago Title & Trust Co. (Bank of America -NYC) | Incoming wire transfer | 1110-000 | 1,489,849.07 | | 1,489,849.07 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.09 | 1,489,644.98 |
| 09/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -204.09 | 1,489,849.07 |
| 09/06/11 | | To Account #*********8067 | Segregated acct for funds going to secured creditor | 9999-000 | | 1,421,828.07 | 68,021.00 |
| 12/12/12 | | From Account #*********8067 | Transfer to one acct. per JDO | 9999-000 | 15,686.84 | | 83,707.84 |
| 12/12/12 | | From Account #*********8065 | transfer funds to one acct. per JDO | 9999-000 | 21,454.47 | | 105,162.31 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.59 | 105,121.72 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 105,121.72 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 1,527,090.38 | 1,527,090.38 | $0.00 |
| Less: Bank Transfers | 37,241.31 | 1,526,949.79 | |
| **Subtotal** | 1,489,849.07 | 140.59 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,489,849.07** | **$140.59** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| **Case Number:** | 11-80295 | |
| **Case Name:** | MCHENRY COUNTY YMCA | |
| **Taxpayer ID #:** | **-***4576 | |
| **Period Ending:** | 02/09/15 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******80-67 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/11 | | From Account #**********8066 | Segregated acct for funds going to secured creditor | 9999-000 | 1,421,828.07 | | 1,421,828.07 |
| 09/08/11 | | Harris N.A. | Transfer funds sec. creditor | 4110-000 | | 1,270,006.83 | 151,821.24 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 326.16 | 151,495.08 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 300.92 | 151,194.16 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 331.42 | 150,862.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 309.99 | 150,552.75 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 329.13 | 150,223.62 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 297.57 | 149,926.05 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 307.22 | 149,618.83 |
| 04/19/12 | 101 | BMO Harris Bank, N.A. | Per Court Order 4/18 | 4110-000 | | 58,351.22 | 91,267.61 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 288.40 | 90,979.21 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 205.11 | 90,774.10 |
| 06/18/12 | 102 | BMO Harris Bank, N.A. | Per Court order of 6/13/12 | 4110-000 | | 34,578.18 | 56,195.92 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.36 | 56,025.56 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.45 | 55,903.11 |
| 08/22/12 | 103 | BMO Harris, NA | Per Agreed Order of 8/20/12 - | 4110-000 | | 40,000.00 | 15,903.11 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.37 | 15,784.74 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.18 | 15,754.56 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.51 | 15,719.05 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.21 | 15,686.84 |
| 12/12/12 | | To Account #**********8066 | Transfer to one acct. per JDO | 9999-000 | | 15,686.84 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,421,828.07 | 1,421,828.07 | $0.00 |
| Less: Bank Transfers | 1,421,828.07 | 15,686.84 | |
| **Subtotal** | **0.00** | **1,406,141.23** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,406,141.23** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| Case Number: | 11-80295 |
| Case Name: | MCHENRY COUNTY YMCA |
| Taxpayer ID #: | **-***4576 |
| Period Ending: | 02/09/15 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3465 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-80295 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MCHENRY COUNTY YMCA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3466 - Checking Account |
| **Taxpayer ID #:** **-***4576 | **Blanket Bond:** $820,095.60  (per case limit) |
| **Period Ending:** 02/09/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 105,121.72 | | 105,121.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.91 | 105,064.81 |
| 02/13/13 | 10102 | Eder, Casella & Company | Per Ct. Order of 2/13/13 re: accountant fees | 3310-000 | | 4,000.00 | 101,064.81 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.19 | 101,016.62 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.87 | 100,970.75 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.55 | 100,920.20 |
| 05/03/13 | {18} | U.S. Bank | line of credit monies | 1221-000 | 26,179.73 | | 127,099.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.02 | 127,020.91 |
| 06/05/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #11-80295, Bond #016018067 | 2300-000 | | 121.88 | 126,899.03 |
| 06/20/13 | | Natale Trust Fund | balance of retainer issued on 6/28/12 (check #1002) | 3210-000 | | -5,312.37 | 132,211.40 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.88 | 132,130.52 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.43 | 132,029.09 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.06 | 131,937.03 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.86 | 131,848.17 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.99 | 131,747.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.54 | 131,661.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.69 | 131,560.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.43 | 131,466.52 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.17 | 131,381.35 |
| 03/12/14 | 10104 | Clincher, LLC | Per Court Order 3/12 to pay admin. clm | 2990-800 | | 62,692.17 | 68,689.18 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.00 | 68,646.18 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,636.18 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,626.18 |
| 06/03/14 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #11-80295, Bond #016018067 | 2300-000 | | 64.78 | 68,561.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,551.40 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,541.40 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 131,301.45 | 62,760.05 | **$68,541.40** |
| Less: Bank Transfers | | 105,121.72 | 0.00 | |
| **Subtotal** | | 26,179.73 | 62,760.05 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$26,179.73** | **$62,760.05** | |

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-80295 | |
| Case Name: | MCHENRY COUNTY YMCA | |
| Taxpayer ID #: | **-***4576 | |
| Period Ending: | 02/09/15 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3467 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 1,548,862.90 |
| Net Estate : | $1,548,862.90 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******80-65 | 32,834.10 | 11,279.63 | 0.00 |
| Checking # ****-******80-66 | 1,489,849.07 | 140.59 | 0.00 |
| Checking # ****-******80-67 | 0.00 | 1,406,141.23 | 0.00 |
| Checking # ******3465 | 0.00 | 0.00 | 0.00 |
| Checking # ******3466 | 26,179.73 | 62,760.05 | 68,541.40 |
| Checking # ******3467 | 0.00 | 0.00 | 0.00 |
| | $1,548,862.90 | $1,480,321.50 | $68,541.40 |

{} Asset reference(s)

Printed: 02/09/2015 09:50 AM    V.13.21

# Exhibit "C" - Analysis of Claims Register

## Case:  11-80295   MCHENRY COUNTY YMCA

| Case Balance: | $68,541.40 | Total Proposed Payment: | $68,541.40 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 42 | Harris N.A. | Secured | 1,358,594.22 * | 0.00 | 0.00 | 0.00 | 0.00 | 68,541.40 |
|  | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 1,405.90 | 1,405.90 | 0.00 | 1,405.90 | 1,405.90 | 67,135.50 |
|  | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 69,715.89 | 34,863.15 | 0.00 | 34,863.15 | 34,863.15 | 32,272.35 |
|  | Yalden, Olsen & Willette <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 10,487.50 | 10,487.50 | 0.00 | 10,487.50 | 10,487.50 | 21,784.85 |
|  | Office of the United States Trustee <br> <2950-00   U.S. Trustee Quarterly Fees> | Admin Ch. 7 | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 | 21,134.85 |
|  | Duane Morris LLP <br> <6210-16   Attorney for D-I-P Fees (Chapter 11)> | Admin Ch. 11 | 102,316.69 | 102,316.69 | 0.00 | 102,316.69 | 21,134.85 | 0.00 |
| 1P | Department of the Treasury | Priority | 174,284.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1P-2 | Department of the Treasury | Priority | 174,284.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1P-3 | Department of the Treasury | Priority | 46,036.37 | 46,036.37 | 0.00 | 46,036.37 | 0.00 | 0.00 |
| 22 | Chicago Children's Choir | Priority | 2,802.50 | 2,802.50 | 0.00 | 2,802.50 | 0.00 | 0.00 |
| 34 | Greenwood Elementary School | Priority | 611.90 | 611.90 | 0.00 | 611.90 | 0.00 | 0.00 |
| 35 | Washington Elementary School | Priority | 1,139.55 | 1,139.55 | 0.00 | 1,139.55 | 0.00 | 0.00 |
| 38P | Illinois Department of Revenue | Priority | 15,063.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38P-2 | Illinois Department of Revenue | Priority | 15,063.80 | 15,063.80 | 0.00 | 15,063.80 | 0.00 | 0.00 |
| 41 | CHUCK ZOGUS | Priority | 3,133.50 | 3,133.50 | 0.00 | 3,133.50 | 0.00 | 0.00 |
| 43 | Elaine Arvidson | Priority | 2,230.76 | 2,230.76 | 0.00 | 2,230.76 | 0.00 | 0.00 |
| 47 | Susan A. Owsiany | Priority | 2,384.62 | 2,384.62 | 0.00 | 2,384.62 | 0.00 | 0.00 |
| 48 | Dave Spindler | Priority | 480.77 | 480.77 | 0.00 | 480.77 | 0.00 | 0.00 |
| 49 | Patricia M. Spindler | Priority | 2,550.00 | 2,550.00 | 0.00 | 2,550.00 | 0.00 | 0.00 |
| 50 | Sheila Gibbons | Priority | 1,614.00 | 1,614.00 | 0.00 | 1,614.00 | 0.00 | 0.00 |
| 51 | Nancy Holvay | Priority | 2,146.00 | 2,146.00 | 0.00 | 2,146.00 | 0.00 | 0.00 |
| 52 | Graham Little | Priority | 2,625.00 | 2,625.00 | 0.00 | 2,625.00 | 0.00 | 0.00 |
| 53 | Deborah Doherty | Priority | 1,176.00 | 1,176.00 | 0.00 | 1,176.00 | 0.00 | 0.00 |
| 56 | Bob Klein | Priority | 7,675.20 | 7,675.20 | 0.00 | 7,675.20 | 0.00 | 0.00 |
| 57 | Mike Chesler | Priority | 1,602.81 | 1,602.81 | 0.00 | 1,602.81 | 0.00 | 0.00 |
| 58 | Office of the United States Trustee | Priority | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59P | Wisconsin Department of Revenue | Priority | 2,130.80 | 2,130.80 | 0.00 | 2,130.80 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

## Exhibit "C" - Analysis of Claims Register

### Case:  11-80295   MCHENRY COUNTY YMCA

| Case Balance: | $68,541.40 | Total Proposed Payment: | $68,541.40 | | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 65 | Arvidson, Elaine E | Priority | 2,230.76 | 2,230.76 | 0.00 | 2,230.76 | 0.00 | 0.00 |
| 78 | Graham Little | Priority | 2,640.00 | 2,640.00 | 0.00 | 2,640.00 | 0.00 | 0.00 |
| 79 | Spindler, Patricia M. | Priority | 2,550.00 | 2,550.00 | 0.00 | 2,550.00 | 0.00 | 0.00 |
| 80 | Spindler, David P | Priority | 673.00 | 673.00 | 0.00 | 673.00 | 0.00 | 0.00 |
| 81 | Holvay, Nancy L. | Priority | 2,152.00 | 2,152.00 | 0.00 | 2,152.00 | 0.00 | 0.00 |
| 82 | Gibbons, Sheila M | Priority | 1,614.00 | 1,614.00 | 0.00 | 1,614.00 | 0.00 | 0.00 |
| 87 | CHUCK ZOGUS | Priority | 3,133.50 | 3,133.50 | 0.00 | 3,133.50 | 0.00 | 0.00 |
| 1U | Department of the Treasury | Unsecured | 31,778.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1U-2 | Department of the Treasury | Unsecured | 31,778.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1U-3 | Department of the Treasury | Unsecured | 34,050.06 | 34,050.06 | 0.00 | 34,050.06 | 0.00 | 0.00 |
| 2 | COURT PRODUCTS INC | Unsecured | 81.39 | 81.39 | 0.00 | 81.39 | 0.00 | 0.00 |
| 3 | EDMONDS INCORPORATED | Unsecured | 3,785.40 | 3,785.40 | 0.00 | 3,785.40 | 0.00 | 0.00 |
| 4 | SHERMAN MECHANICAL INC | Unsecured | 7,281.14 | 7,281.14 | 0.00 | 7,281.14 | 0.00 | 0.00 |
| 5 | AMERICAN FIRST AID SERVICES | Unsecured | 200.35 | 200.35 | 0.00 | 200.35 | 0.00 | 0.00 |
| 6 | NORTHWEST HERALD | Unsecured | 9,894.48 | 9,894.48 | 0.00 | 9,894.48 | 0.00 | 0.00 |
| 7 | EDER, CASELLA & CO | Unsecured | 9,792.50 | 9,792.50 | 0.00 | 9,792.50 | 0.00 | 0.00 |
| 8 | REBECCA HOKLAS | Unsecured | 235.00 | 235.00 | 0.00 | 235.00 | 0.00 | 0.00 |
| 9 | CITY OF CRYSTAL LAKE | Unsecured | 2,075.68 | 2,075.68 | 0.00 | 2,075.68 | 0.00 | 0.00 |
| 10 | BARRINGTON TRANSPORTATION CO | Unsecured | 13,801.00 | 13,801.00 | 0.00 | 13,801.00 | 0.00 | 0.00 |
| 11 | Veolia Environmental Services | Unsecured | 303.84 | 303.84 | 0.00 | 303.84 | 0.00 | 0.00 |
| 12 | ALG-LITH FIRE PROTECTION DIST | Unsecured | 4,585.91 | 4,585.91 | 0.00 | 4,585.91 | 0.00 | 0.00 |
| 13 | ALG-LITH FIRE PROTECTION DIST | Unsecured | 3,193.68 | 3,193.68 | 0.00 | 3,193.68 | 0.00 | 0.00 |
| 14 | Lifeguard Store Inc. | Unsecured | 8,606.09 | 8,606.09 | 0.00 | 8,606.09 | 0.00 | 0.00 |
| 15 | Halogen Supply Co. Inc. | Unsecured | 226.35 | 226.35 | 0.00 | 226.35 | 0.00 | 0.00 |
| 16 | CQ INDUSTRIES, INC | Unsecured | 306.75 | 306.75 | 0.00 | 306.75 | 0.00 | 0.00 |
| 17 | Marie Murphy School | Unsecured | 1,152.50 | 1,152.50 | 0.00 | 1,152.50 | 0.00 | 0.00 |
| 18 | HYTEK SPORTS | Unsecured | 618.82 | 618.82 | 0.00 | 618.82 | 0.00 | 0.00 |
| 19 | SPORTSMITH | Unsecured | 22.24 | 22.24 | 0.00 | 22.24 | 0.00 | 0.00 |
| 20 | KAL HEATING & COOLING | Unsecured | 1,932.75 | 1,932.75 | 0.00 | 1,932.75 | 0.00 | 0.00 |
| 21 | Illinois Department of Employment Security | Unsecured | 229.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Exhibit "C" - Analysis of Claims Register

### Case: 11-80295   MCHENRY COUNTY YMCA

| Case Balance: | $68,541.40 | Total Proposed Payment: | $68,541.40 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 21 -2 | Illinois Department of Employment Security | Unsecured | 229.13 | 229.13 | 0.00 | 229.13 | 0.00 | 0.00 |
| 23 | Clean Star | Unsecured | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | 0.00 |
| 24 | Fauser, Lynda C | Unsecured | 652.32 | 652.32 | 0.00 | 652.32 | 0.00 | 0.00 |
| 25 | Plainfield Elementary School | Unsecured | 798.15 | 798.15 | 0.00 | 798.15 | 0.00 | 0.00 |
| 26 | Jonas Salk | Unsecured | 728.20 | 728.20 | 0.00 | 728.20 | 0.00 | 0.00 |
| 27 | Schweitzer Fellows Group | Unsecured | 315.00 | 315.00 | 0.00 | 315.00 | 0.00 | 0.00 |
| 28 | HEANEY ELECTRIC | Unsecured | 4,300.90 | 4,300.90 | 0.00 | 4,300.90 | 0.00 | 0.00 |
| 29 | Ice Town Leasing | Unsecured | 540.00 | 540.00 | 0.00 | 540.00 | 0.00 | 0.00 |
| 30 | IN THE SWIM | Unsecured | 395.09 | 395.09 | 0.00 | 395.09 | 0.00 | 0.00 |
| 31 | Orchard Place | Unsecured | 774.35 | 774.35 | 0.00 | 774.35 | 0.00 | 0.00 |
| 32 | Depaul University | Unsecured | 712.50 | 712.50 | 0.00 | 712.50 | 0.00 | 0.00 |
| 33 | JOHN J HORELED | Unsecured | 1,900.80 | 1,900.80 | 0.00 | 1,900.80 | 0.00 | 0.00 |
| 36 | Komarek School District 94 | Unsecured | 562.90 | 562.90 | 0.00 | 562.90 | 0.00 | 0.00 |
| 37 | Campanelli School | Unsecured | 335.60 | 335.60 | 0.00 | 335.60 | 0.00 | 0.00 |
| 38U | Illinois Department of Revenue | Unsecured | 892.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38U-2 | Illinois Department of Revenue | Unsecured | 892.18 | 892.18 | 0.00 | 892.18 | 0.00 | 0.00 |
| 39 | Earth Traditions | Unsecured | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 | 0.00 | 0.00 |
| 40 | ALL AMERICAN FIRE & SAFETY INC | Unsecured | 2,549.68 | 2,549.68 | 0.00 | 2,549.68 | 0.00 | 0.00 |
| 44 | SHERMAN MECHANICAL INC | Unsecured | 7,281.14 | 7,281.14 | 0.00 | 7,281.14 | 0.00 | 0.00 |
| 45 | Commonwealth Edison Company | Unsecured | 2,119.67 | 2,119.67 | 0.00 | 2,119.67 | 0.00 | 0.00 |
| 46 | Elgin Youth Symphony | Unsecured | 1,700.00 | 1,700.00 | 0.00 | 1,700.00 | 0.00 | 0.00 |
| 54 | Brad Plummer | Unsecured | 1,538.40 | 1,538.40 | 0.00 | 1,538.40 | 0.00 | 0.00 |
| 55 | Camp Soar - Children's Research Triangle | Unsecured | 10,325.00 | 10,325.00 | 0.00 | 10,325.00 | 0.00 | 0.00 |
| 59U | Wisconsin Department of Revenue | Unsecured | 443.64 | 443.64 | 0.00 | 443.64 | 0.00 | 0.00 |
| 60 | Pitney Bowes Global Financial Services | Unsecured | 1,407.40 | 1,407.40 | 0.00 | 1,407.40 | 0.00 | 0.00 |
| 61 | Pitney Bowes Global Financial Services | Unsecured | 1,707.90 | 1,707.90 | 0.00 | 1,707.90 | 0.00 | 0.00 |
| 62 | SPECIALTY FLOORS INC | Unsecured | 2,215.00 | 2,215.00 | 0.00 | 2,215.00 | 0.00 | 0.00 |
| 63 | Jonas Salk | Unsecured | 728.20 | 728.20 | 0.00 | 728.20 | 0.00 | 0.00 |

Printed: 02/09/15 09:50 AM                                                                Page: 4

# Exhibit "C" - Analysis of Claims Register

## Case:  11-80295   MCHENRY COUNTY YMCA

**Case Balance:**    $68,541.40       **Total Proposed Payment:**    $68,541.40       **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 64 | EDER, CASELLA & CO | Unsecured | 9,792.50 | 9,792.50 | 0.00 | 9,792.50 | 0.00 | 0.00 |
| 66 | Plainfield Elementary School | Unsecured | 806.70 | 806.70 | 0.00 | 806.70 | 0.00 | 0.00 |
| 67 | Waxhaw Computer Services | Unsecured | 587.81 | 587.81 | 0.00 | 587.81 | 0.00 | 0.00 |
| 68 | St. Joseph School | Unsecured | 216.80 | 216.80 | 0.00 | 216.80 | 0.00 | 0.00 |
| 69 | Mars Insurance Agency | Unsecured | 2,784.00 | 2,784.00 | 0.00 | 2,784.00 | 0.00 | 0.00 |
| 70 | COMMERCIAL POOL & SPA SUPPLIES | Unsecured | 3,057.42 | 3,057.42 | 0.00 | 3,057.42 | 0.00 | 0.00 |
| 71 | BARRINGTON TRANSPORTATION CO | Unsecured | 13,801.00 | 13,801.00 | 0.00 | 13,801.00 | 0.00 | 0.00 |
| 72 | Veolia ES Solid Waste Midwest LLC | Unsecured | 521.65 | 521.65 | 0.00 | 521.65 | 0.00 | 0.00 |
| 73 | CQ INDUSTRIES, INC | Unsecured | 306.75 | 306.75 | 0.00 | 306.75 | 0.00 | 0.00 |
| 74 | Illinois Bell Telephone Company | Unsecured | 2,313.29 | 2,313.29 | 0.00 | 2,313.29 | 0.00 | 0.00 |
| 75 | Hoffman Estates High School | Unsecured | 1,200.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 0.00 |
| 76 | ARVIDSON Pool and Spa | Unsecured | 258.96 | 258.96 | 0.00 | 258.96 | 0.00 | 0.00 |
| 77 | NORTHWEST HERALD | Unsecured | 9,894.48 | 9,894.48 | 0.00 | 9,894.48 | 0.00 | 0.00 |
| 83 | US Bank Trust National Assoc. | Unsecured | 26,024.86 | 26,024.86 | 0.00 | 26,024.86 | 0.00 | 0.00 |
| 84 | Owsiany, Susan A. | Unsecured | 2,413.18 | 2,413.18 | 0.00 | 2,413.18 | 0.00 | 0.00 |
| 85 | Illinois Environmental Protection Agency | Unsecured | 517.93 | 517.93 | 0.00 | 517.93 | 0.00 | 0.00 |
| 86 | Illinois Environmental Protection Agency | Unsecured | 517.93 | 517.93 | 0.00 | 517.93 | 0.00 | 0.00 |

**Total for Case 11-80295 :**    **$2,310,766.47**    **$488,684.42**    **$0.00**    **$488,684.42**    **$68,541.40**

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $184,575.98 | $149,723.24 | $0.00 | $68,541.40 | 45.778731% |
| **Total Priority Claims :** | $474,353.92 | $110,396.84 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $1,358,594.22 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $293,242.35 | $228,564.34 | $0.00 | $0.00 | 0.000000% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-80295
Case Name: MCHENRY COUNTY YMCA
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**                                              $           68,541.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| 42 | Harris N.A. | 1,358,594.22 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $           0.00
Remaining balance:   $           68,541.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - JOSEPH D. OLSEN | 34,863.15 | 0.00 | 34,863.15 |
| Trustee, Expenses - JOSEPH D. OLSEN | 1,405.90 | 0.00 | 1,405.90 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 10,487.50 | 0.00 | 10,487.50 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses:   $           47,406.55
Remaining balance:   $           21,134.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Attorney for D-I-P Fees - Duane Morris LLP | 102,316.69 | 0.00 | 21,134.85 |

Total to be paid for prior chapter administrative expenses:   $           21,134.85
Remaining balance:   $           0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $110,396.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 1P-2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 1P-3 | Department of the Treasury | 46,036.37 | 0.00 | 0.00 |
| 22 | Chicago Children's Choir | 2,802.50 | 0.00 | 0.00 |
| 34 | Greenwood Elementary School | 611.90 | 0.00 | 0.00 |
| 35 | Washington Elementary School | 1,139.55 | 0.00 | 0.00 |
| 38P | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 38P-2 | Illinois Department of Revenue | 15,063.80 | 0.00 | 0.00 |
| 41 | CHUCK ZOGUS | 3,133.50 | 0.00 | 0.00 |
| 43 | Elaine Arvidson | 2,230.76 | 0.00 | 0.00 |
| 47 | Susan A. Owsiany | 2,384.62 | 0.00 | 0.00 |
| 48 | Dave Spindler | 480.77 | 0.00 | 0.00 |
| 49 | Patricia M. Spindler | 2,550.00 | 0.00 | 0.00 |
| 50 | Sheila Gibbons | 1,614.00 | 0.00 | 0.00 |
| 51 | Nancy Holvay | 2,146.00 | 0.00 | 0.00 |
| 52 | Graham Little | 2,625.00 | 0.00 | 0.00 |
| 53 | Deborah Doherty | 1,176.00 | 0.00 | 0.00 |
| 56 | Bob Klein | 7,675.20 | 0.00 | 0.00 |
| 57 | Mike Chesler | 1,602.81 | 0.00 | 0.00 |
| 58 | Office of the United States Trustee | 0.00 | 0.00 | 0.00 |
| 59P | Wisconsin Department of Revenue | 2,130.80 | 0.00 | 0.00 |
| 65 | Arvidson, Elaine E | 2,230.76 | 0.00 | 0.00 |
| 78 | Graham Little | 2,640.00 | 0.00 | 0.00 |
| 79 | Spindler, Patricia M. | 2,550.00 | 0.00 | 0.00 |
| 80 | Spindler, David P | 673.00 | 0.00 | 0.00 |
| 81 | Holvay, Nancy L. | 2,152.00 | 0.00 | 0.00 |
| 82 | Gibbons, Sheila M | 1,614.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 87 | CHUCK ZOGUS | 3,133.50 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | | 0.00 |
|  | Remaining balance: | $ | | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 228,046.41 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 1U-2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 1U-3 | Department of the Treasury | 34,050.06 | 0.00 | 0.00 |
| 2 | COURT PRODUCTS INC | 81.39 | 0.00 | 0.00 |
| 3 | EDMONDS INCORPORATED | 3,785.40 | 0.00 | 0.00 |
| 4 | SHERMAN MECHANICAL INC | 7,281.14 | 0.00 | 0.00 |
| 5 | AMERICAN FIRST AID SERVICES | 200.35 | 0.00 | 0.00 |
| 6 | NORTHWEST HERALD | 9,894.48 | 0.00 | 0.00 |
| 7 | EDER, CASELLA & CO | 9,792.50 | 0.00 | 0.00 |
| 8 | REBECCA HOKLAS | 235.00 | 0.00 | 0.00 |
| 9 | CITY OF CRYSTAL LAKE | 2,075.68 | 0.00 | 0.00 |
| 10 | BARRINGTON TRANSPORTATION CO | 13,801.00 | 0.00 | 0.00 |
| 11 | Veolia Environmental Services | 303.84 | 0.00 | 0.00 |
| 12 | ALG-LITH FIRE PROTECTION DIST | 4,585.91 | 0.00 | 0.00 |
| 13 | ALG-LITH FIRE PROTECTION DIST | 3,193.68 | 0.00 | 0.00 |
| 14 | Lifeguard Store Inc. | 8,606.09 | 0.00 | 0.00 |
| 15 | Halogen Supply Co. Inc. | 226.35 | 0.00 | 0.00 |
| 16 | CQ INDUSTRIES, INC | 306.75 | 0.00 | 0.00 |
| 17 | Marie Murphy School | 1,152.50 | 0.00 | 0.00 |
| 18 | HYTEK SPORTS | 618.82 | 0.00 | 0.00 |
| 19 | SPORTSMITH | 22.24 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 20 | KAL HEATING & COOLING | 1,932.75 | 0.00 | 0.00 |
| 21 | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 21 -2 | Illinois Department of Employment Security | 229.13 | 0.00 | 0.00 |
| 23 | Clean Star | 4,000.00 | 0.00 | 0.00 |
| 24 | Fauser, Lynda C | 652.32 | 0.00 | 0.00 |
| 25 | Plainfield Elementary School | 798.15 | 0.00 | 0.00 |
| 26 | Jonas Salk | 728.20 | 0.00 | 0.00 |
| 27 | Schweitzer Fellows Group | 315.00 | 0.00 | 0.00 |
| 28 | HEANEY ELECTRIC | 4,300.90 | 0.00 | 0.00 |
| 29 | Ice Town Leasing | 540.00 | 0.00 | 0.00 |
| 30 | IN THE SWIM | 395.09 | 0.00 | 0.00 |
| 31 | Orchard Place | 774.35 | 0.00 | 0.00 |
| 32 | Depaul University | 712.50 | 0.00 | 0.00 |
| 33 | JOHN J HORELED | 1,900.80 | 0.00 | 0.00 |
| 36 | Komarek School District 94 | 562.90 | 0.00 | 0.00 |
| 37 | Campanelli School | 335.60 | 0.00 | 0.00 |
| 38U | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 38U-2 | Illinois Department of Revenue | 892.18 | 0.00 | 0.00 |
| 39 | Earth Traditions | 2,250.00 | 0.00 | 0.00 |
| 40 | ALL AMERICAN FIRE & SAFETY INC | 2,549.68 | 0.00 | 0.00 |
| 44 | SHERMAN MECHANICAL INC | 7,281.14 | 0.00 | 0.00 |
| 45 | Commonwealth Edison Company | 2,119.67 | 0.00 | 0.00 |
| 46 | Elgin Youth Symphony | 1,700.00 | 0.00 | 0.00 |
| 54 | Brad Plummer | 1,538.40 | 0.00 | 0.00 |
| 55 | Camp Soar - Children's Research Triangle | 10,325.00 | 0.00 | 0.00 |
| 59U | Wisconsin Department of Revenue | 443.64 | 0.00 | 0.00 |
| 60 | Pitney Bowes Global Financial Services | 1,407.40 | 0.00 | 0.00 |
| 61 | Pitney Bowes Global Financial Services | 1,707.90 | 0.00 | 0.00 |
| 62 | SPECIALTY FLOORS INC | 2,215.00 | 0.00 | 0.00 |
| 63 | Jonas Salk | 728.20 | 0.00 | 0.00 |
| 64 | EDER, CASELLA & CO | 9,792.50 | 0.00 | 0.00 |
| 66 | Plainfield Elementary School | 806.70 | 0.00 | 0.00 |
| 67 | Waxhaw Computer Services | 587.81 | 0.00 | 0.00 |

| 68 | St. Joseph School | 216.80 | 0.00 | 0.00 |
| 69 | Mars Insurance Agency | 2,784.00 | 0.00 | 0.00 |
| 70 | COMMERCIAL POOL & SPA SUPPLIES | 3,057.42 | 0.00 | 0.00 |
| 71 | BARRINGTON TRANSPORTATION CO | 13,801.00 | 0.00 | 0.00 |
| 72 | Veolia ES Solid Waste Midwest LLC | 521.65 | 0.00 | 0.00 |
| 73 | CQ INDUSTRIES, INC | 306.75 | 0.00 | 0.00 |
| 74 | Illinois Bell Telephone Company | 2,313.29 | 0.00 | 0.00 |
| 75 | Hoffman Estates High School | 1,200.00 | 0.00 | 0.00 |
| 76 | ARVIDSON Pool and Spa | 258.96 | 0.00 | 0.00 |
| 77 | NORTHWEST HERALD | 9,894.48 | 0.00 | 0.00 |
| 83 | US Bank Trust National Assoc. | 26,024.86 | 0.00 | 0.00 |
| 84 | Owsiany, Susan A. | 2,413.18 | 0.00 | 0.00 |
| 85 | Illinois Environmental Protection Agency | 517.93 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $_____ 0.00

Remaining balance:  $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 517.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 86 | Illinois Environmental Protection Agency | 517.93 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $_____ 0.00

Remaining balance:  $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**