# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MCHENRY COUNTY YMCA         § Case No. 11-80295
                                    §
       ALGONQUIN, YMCA CAMP         §
   Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $33,756.66                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,402,936.23   Claims Discharged
                                                  Without Payment: $338,961.18

Total Expenses of Administration: $145,926.67

---

   3) Total gross receipts of $ 1,548,862.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,548,862.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,761,530.45 | $1,402,936.23 | $1,402,936.23 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 159,644.56 | 124,791.82 | 124,791.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 102,316.69 | 102,316.69 | 21,134.85 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 474,353.92 | 110,396.84 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 293,242.35 | 228,564.34 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,791,087.97 | $1,969,005.92 | $1,548,862.90 |

4) This case was originally filed under Chapter 7 on April 27, 2011. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2015          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 701 Manor Road, Crystal Lake, Illinois 60014 | 1110-000 | 1,489,849.07 |
| Harris Bank - Banking Accounts Home State Bank A | 1129-000 | 22,693.16 |
| Misc./Account Receivable | 1129-000 | 10,139.00 |
| Overdraw on line of credit | 1221-000 | 26,179.73 |
| Interest Income | 1270-000 | 1.94 |
| **TOTAL GROSS RECEIPTS** | | **$1,548,862.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 42 | Harris N.A. | 4110-000 | N/A | 1,358,594.22 | 0.00 | 0.00 |
| | Harris N.A. | 4110-000 | N/A | 1,270,006.83 | 1,270,006.83 | 1,270,006.83 |
| | BMO Harris Bank, N.A. | 4110-000 | N/A | 58,351.22 | 58,351.22 | 58,351.22 |
| | BMO Harris Bank, N.A. | 4110-000 | N/A | 34,578.18 | 34,578.18 | 34,578.18 |
| | BMO Harris, NA | 4110-000 | N/A | 40,000.00 | 40,000.00 | 40,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,761,530.45** | **$1,402,936.23** | **$1,402,936.23** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 69,715.89 | 34,863.15 | 34,863.15 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 1,405.90 | 1,405.90 | 1,405.90 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 10,487.50 | 10,487.50 | 10,487.50 |
| Office of the United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.97 | 62.97 | 62.97 |
| Illinois Charitable Bureau Fund | 2990-000 | N/A | 100.00 | 100.00 | 100.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.89 | 73.89 | 73.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.97 | 66.97 | 66.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 326.16 | 326.16 | 326.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 300.92 | 300.92 | 300.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.61 | 64.61 | 64.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.16 | 71.16 | 71.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 331.42 | 331.42 | 331.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.56 | 66.56 | 66.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 309.99 | 309.99 | 309.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 329.13 | 329.13 | 329.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 70.67 | 70.67 | 70.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 297.57 | 297.57 | 297.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.89 | 63.89 | 63.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.97 | 65.97 | 65.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 307.22 | 307.22 | 307.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 288.40 | 288.40 | 288.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.63 | 63.63 | 63.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 205.11 | 205.11 | 205.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.28 | 72.28 | 72.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 242.09 | 242.09 | 242.09 |
| Bernard J. Natale | 3210-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.07 | 63.07 | 63.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 170.36 | 170.36 | 170.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 122.45 | 122.45 | 122.45 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 52.18 | 52.18 | 52.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.80 | 45.80 | 45.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 118.37 | 118.37 | 118.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.28 | 41.28 | 41.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.18 | 30.18 | 30.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.56 | 48.56 | 48.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.51 | 35.51 | 35.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.21 | 32.21 | 32.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.05 | 44.05 | 44.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.59 | 40.59 | 40.59 |
| Rabobank, N.A. | 2600-000 | N/A | 56.91 | 56.91 | 56.91 |
| Eder, Casella & Company | 3310-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 48.19 | 48.19 | 48.19 |
| Rabobank, N.A. | 2600-000 | N/A | 45.87 | 45.87 | 45.87 |
| Rabobank, N.A. | 2600-000 | N/A | 50.55 | 50.55 | 50.55 |
| Rabobank, N.A. | 2600-000 | N/A | 79.02 | 79.02 | 79.02 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 121.88 | 121.88 | 121.88 |
| Natale Trust Fund | 3210-000 | N/A | -5,312.37 | -5,312.37 | -5,312.37 |
| Rabobank, N.A. | 2600-000 | N/A | 80.88 | 80.88 | 80.88 |
| Rabobank, N.A. | 2600-000 | N/A | 101.43 | 101.43 | 101.43 |
| Rabobank, N.A. | 2600-000 | N/A | 92.06 | 92.06 | 92.06 |
| Rabobank, N.A. | 2600-000 | N/A | 88.86 | 88.86 | 88.86 |
| Rabobank, N.A. | 2600-000 | N/A | 100.99 | 100.99 | 100.99 |
| Rabobank, N.A. | 2600-000 | N/A | 85.54 | 85.54 | 85.54 |
| Rabobank, N.A. | 2600-000 | N/A | 100.69 | 100.69 | 100.69 |
| Rabobank, N.A. | 2600-000 | N/A | 94.43 | 94.43 | 94.43 |
| Rabobank, N.A. | 2600-000 | N/A | 85.17 | 85.17 | 85.17 |
| Clincher, LLC | 2990-800 | N/A | 62,692.17 | 62,692.17 | 62,692.17 |
| Rabobank, N.A. | 2600-000 | N/A | 43.00 | 43.00 | 43.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 64.78 | 64.78 | 64.78 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $159,644.56 | $124,791.82 | $124,791.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Duane Morris LLP | 6210-160 | N/A | 102,316.69 | 102,316.69 | 21,134.85 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $102,316.69 | $102,316.69 | $21,134.85 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | N/A | 174,284.14 | 0.00 | 0.00 |
| 1P-2 | Department of the Treasury | 5800-000 | N/A | 174,284.14 | 0.00 | 0.00 |
| 1P-3 | Department of the Treasury | 5800-000 | N/A | 46,036.37 | 46,036.37 | 0.00 |
| 22 | Chicago Children's Choir | 5800-000 | N/A | 2,802.50 | 2,802.50 | 0.00 |
| 34 | Greenwood Elementary School | 5800-000 | N/A | 611.90 | 611.90 | 0.00 |
| 35 | Washington Elementary School | 5800-000 | N/A | 1,139.55 | 1,139.55 | 0.00 |
| 38P | Illinois Department of Revenue | 5800-000 | N/A | 15,063.80 | 0.00 | 0.00 |
| 38P-2 | Illinois Department of Revenue | 5800-000 | N/A | 15,063.80 | 15,063.80 | 0.00 |
| 41 | CHUCK ZOGUS | 5800-000 | N/A | 3,133.50 | 3,133.50 | 0.00 |
| 43 | Elaine Arvidson | 5800-000 | N/A | 2,230.76 | 2,230.76 | 0.00 |
| 47 | Susan A. Owsiany | 5800-000 | N/A | 2,384.62 | 2,384.62 | 0.00 |
| 48 | Dave Spindler | 5800-000 | N/A | 480.77 | 480.77 | 0.00 |
| 49 | Patricia M. Spindler | 5800-000 | N/A | 2,550.00 | 2,550.00 | 0.00 |
| 50 | Sheila Gibbons | 5800-000 | N/A | 1,614.00 | 1,614.00 | 0.00 |
| 51 | Nancy Holvay | 5800-000 | N/A | 2,146.00 | 2,146.00 | 0.00 |
| 52 | Graham Little | 5800-000 | N/A | 2,625.00 | 2,625.00 | 0.00 |
| 53 | Deborah Doherty | 5800-000 | N/A | 1,176.00 | 1,176.00 | 0.00 |
| 56 | Bob Klein | 5800-000 | N/A | 7,675.20 | 7,675.20 | 0.00 |
| 57 | Mike Chesler | 5800-000 | N/A | 1,602.81 | 1,602.81 | 0.00 |
| 58 | Office of the United States Trustee | 5800-000 | N/A | 325.00 | 0.00 | 0.00 |
| 59P | Wisconsin Department of Revenue | 5800-000 | N/A | 2,130.80 | 2,130.80 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 65 | Arvidson, Elaine E | 5800-000 | N/A | 2,230.76 | 2,230.76 | 0.00 |
| 78 | Graham Little | 5800-000 | N/A | 2,640.00 | 2,640.00 | 0.00 |
| 79 | Spindler, Patricia M. | 5800-000 | N/A | 2,550.00 | 2,550.00 | 0.00 |
| 80 | Spindler, David P | 5800-000 | N/A | 673.00 | 673.00 | 0.00 |
| 81 | Holvay, Nancy L. | 5800-000 | N/A | 2,152.00 | 2,152.00 | 0.00 |
| 82 | Gibbons, Sheila M | 5800-000 | N/A | 1,614.00 | 1,614.00 | 0.00 |
| 87 | CHUCK ZOGUS | 5800-000 | N/A | 3,133.50 | 3,133.50 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $474,353.92 | $110,396.84 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | 31,778.35 | 0.00 | 0.00 |
| 1U-2 | Department of the Treasury | 7100-000 | N/A | 31,778.35 | 0.00 | 0.00 |
| 1U-3 | Department of the Treasury | 7100-000 | N/A | 34,050.06 | 34,050.06 | 0.00 |
| 2 | COURT PRODUCTS INC | 7100-000 | N/A | 81.39 | 81.39 | 0.00 |
| 3 | EDMONDS INCORPORATED | 7100-000 | N/A | 3,785.40 | 3,785.40 | 0.00 |
| 4 | SHERMAN MECHANICAL INC | 7100-000 | N/A | 7,281.14 | 7,281.14 | 0.00 |
| 5 | AMERICAN FIRST AID SERVICES | 7100-000 | N/A | 200.35 | 200.35 | 0.00 |
| 6 | NORTHWEST HERALD | 7100-000 | N/A | 9,894.48 | 9,894.48 | 0.00 |
| 7 | EDER, CASELLA & CO | 7100-000 | N/A | 9,792.50 | 9,792.50 | 0.00 |
| 8 | REBECCA HOKLAS | 7100-000 | N/A | 235.00 | 235.00 | 0.00 |
| 9 | CITY OF CRYSTAL LAKE | 7100-000 | N/A | 2,075.68 | 2,075.68 | 0.00 |
| 10 | BARRINGTON TRANSPORTATION CO | 7100-000 | N/A | 13,801.00 | 13,801.00 | 0.00 |
| 11 | Veolia Environmental Services | 7100-000 | N/A | 303.84 | 303.84 | 0.00 |
| 12 | ALG-LITH FIRE PROTECTION DIST | 7100-000 | N/A | 4,585.91 | 4,585.91 | 0.00 |
| 13 | ALG-LITH FIRE PROTECTION DIST | 7100-000 | N/A | 3,193.68 | 3,193.68 | 0.00 |
| 14 | Lifeguard Store Inc. | 7100-000 | N/A | 8,606.09 | 8,606.09 | 0.00 |
| 15 | Halogen Supply Co. Inc. | 7100-000 | N/A | 226.35 | 226.35 | 0.00 |
| 16 | CQ INDUSTRIES, INC | 7100-000 | N/A | 306.75 | 306.75 | 0.00 |
| 17 | Marie Murphy School | 7100-000 | N/A | 1,152.50 | 1,152.50 | 0.00 |
| 18 | HYTEK SPORTS | 7100-000 | N/A | 618.82 | 618.82 | 0.00 |
| 19 | SPORTSMITH | 7100-000 | N/A | 22.24 | 22.24 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|---|
| 20 | KAL HEATING & COOLING | 7100-000 | N/A | 1,932.75 | 1,932.75 | 0.00 |
| 21 | Illinois Department of Employment Security | 7100-000 | N/A | 229.13 | 0.00 | 0.00 |
| 21 -2 | Illinois Department of Employment Security | 7100-000 | N/A | 229.13 | 229.13 | 0.00 |
| 23 | Clean Star | 7100-000 | N/A | 4,000.00 | 4,000.00 | 0.00 |
| 24 | Fauser, Lynda C | 7100-000 | N/A | 652.32 | 652.32 | 0.00 |
| 25 | Plainfield Elementary School | 7100-000 | N/A | 798.15 | 798.15 | 0.00 |
| 26 | Jonas Salk | 7100-000 | N/A | 728.20 | 728.20 | 0.00 |
| 27 | Schweitzer Fellows Group | 7100-000 | N/A | 315.00 | 315.00 | 0.00 |
| 28 | HEANEY ELECTRIC | 7100-000 | N/A | 4,300.90 | 4,300.90 | 0.00 |
| 29 | Ice Town Leasing | 7100-000 | N/A | 540.00 | 540.00 | 0.00 |
| 30 | IN THE SWIM | 7100-000 | N/A | 395.09 | 395.09 | 0.00 |
| 31 | Orchard Place | 7100-000 | N/A | 774.35 | 774.35 | 0.00 |
| 32 | Depaul University | 7100-000 | N/A | 712.50 | 712.50 | 0.00 |
| 33 | JOHN J HORELED | 7100-000 | N/A | 1,900.80 | 1,900.80 | 0.00 |
| 36 | Komarek School District 94 | 7100-000 | N/A | 562.90 | 562.90 | 0.00 |
| 37 | Campanelli School | 7100-000 | N/A | 335.60 | 335.60 | 0.00 |
| 38U | Illinois Department of Revenue | 7100-000 | N/A | 892.18 | 0.00 | 0.00 |
| 38U-2 | Illinois Department of Revenue | 7100-000 | N/A | 892.18 | 892.18 | 0.00 |
| 39 | Earth Traditions | 7100-000 | N/A | 2,250.00 | 2,250.00 | 0.00 |
| 40 | ALL AMERICAN FIRE & SAFETY INC | 7100-000 | N/A | 2,549.68 | 2,549.68 | 0.00 |
| 44 | SHERMAN MECHANICAL INC | 7100-000 | N/A | 7,281.14 | 7,281.14 | 0.00 |
| 45 | Commonwealth Edison Company | 7100-000 | N/A | 2,119.67 | 2,119.67 | 0.00 |
| 46 | Elgin Youth Symphony | 7100-000 | N/A | 1,700.00 | 1,700.00 | 0.00 |
| 54 | Brad Plummer | 7100-000 | N/A | 1,538.40 | 1,538.40 | 0.00 |
| 55 | Camp Soar - Children's Research Triangle | 7100-000 | N/A | 10,325.00 | 10,325.00 | 0.00 |
| 59U | Wisconsin Department of Revenue | 7100-000 | N/A | 443.64 | 443.64 | 0.00 |
| 60 | Pitney Bowes Global Financial Services | 7100-000 | N/A | 1,407.40 | 1,407.40 | 0.00 |
| 61 | Pitney Bowes Global Financial Services | 7100-000 | N/A | 1,707.90 | 1,707.90 | 0.00 |
| 62 | SPECIALTY FLOORS INC | 7100-000 | N/A | 2,215.00 | 2,215.00 | 0.00 |
| 63 | Jonas Salk | 7100-000 | N/A | 728.20 | 728.20 | 0.00 |
| 64 | EDER, CASELLA & CO | 7100-000 | N/A | 9,792.50 | 9,792.50 | 0.00 |
| 66 | Plainfield Elementary School | 7100-000 | N/A | 806.70 | 806.70 | 0.00 |
| 67 | Waxhaw Computer Services | 7100-000 | N/A | 587.81 | 587.81 | 0.00 |
| 68 | St. Joseph School | 7100-000 | N/A | 216.80 | 216.80 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | Mars Insurance Agency | 7100-000 | N/A | 2,784.00 | 2,784.00 | 0.00 |
| 70 | COMMERCIAL POOL & SPA SUPPLIES | 7100-000 | N/A | 3,057.42 | 3,057.42 | 0.00 |
| 71 | BARRINGTON TRANSPORTATION CO | 7100-000 | N/A | 13,801.00 | 13,801.00 | 0.00 |
| 72 | Veolia ES Solid Waste Midwest LLC | 7100-000 | N/A | 521.65 | 521.65 | 0.00 |
| 73 | CQ INDUSTRIES, INC | 7100-000 | N/A | 306.75 | 306.75 | 0.00 |
| 74 | Illinois Bell Telephone Company | 7100-000 | N/A | 2,313.29 | 2,313.29 | 0.00 |
| 75 | Hoffman Estates High School | 7100-000 | N/A | 1,200.00 | 1,200.00 | 0.00 |
| 76 | ARVIDSON Pool and Spa | 7100-000 | N/A | 258.96 | 258.96 | 0.00 |
| 77 | NORTHWEST HERALD | 7100-000 | N/A | 9,894.48 | 9,894.48 | 0.00 |
| 83 | US Bank Trust National Assoc. | 7100-000 | N/A | 26,024.86 | 26,024.86 | 0.00 |
| 84 | Owsiany, Susan A. | 7100-000 | N/A | 2,413.18 | 2,413.18 | 0.00 |
| 85 | Illinois Environmental Protection Agency | 7100-000 | N/A | 517.93 | 517.93 | 0.00 |
| 86 | Illinois Environmental Protection Agency | 7200-000 | N/A | 517.93 | 517.93 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $293,242.35 | $228,564.34 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80295  
**Case Name:** MCHENRY COUNTY YMCA  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/27/11 (c)  
**§341(a) Meeting Date:** 06/09/11  

**Period Ending:** 04/13/15  

**Claims Bar Date:** 09/14/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  701 Manor Rd, Crystal Lake, IL 60014 *Voided (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 2  701 Manor Road, Crystal Lake, Illinois 60014 | 1,650,000.00 | 100,000.00 | | 1,489,849.07 | FA |
| 3  Petty Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4  Harris Bank - Banking Accounts Home State Bank A | 5,000.00 | 0.00 | | 22,693.16 | FA |
| 5  ComEd $3,641.66 ComEd $10,065.00 | 13,706.66 | 0.00 | | 0.00 | FA |
| 6  See Exhibit B-4 | Unknown | 0.00 | | 0.00 | FA |
| 7  Great American Insurance Auto, Directors 580 Wal | Unknown | 0.00 | | 0.00 | FA |
| 8  Misc./Account Receivable | 14,205.00 | 14,205.00 | | 10,139.00 | FA |
| 9  2001 Ford Econoline E350 S | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 Triple R Kayaks | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 See Exhibit B-4 for 28/29-Office Equip. | Unknown | 0.00 | | 0.00 | FA |
| 12 Machinery/fixtures/equip./supplies of business | Unknown | 0.00 | | 0.00 | FA |
| 13 Harris Bank Acct #7403436489 (u)  2011 audit rpt - amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 14 Harris Bank Acct #7403441091 (u)  2011 auditor report- amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 15 Harris Bank #0004109279 (u)  2011 audit report - amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 16 Harris Bank - #0004109244 (u)  2011 audit report - amounts not detailed per account | 0.00 | 0.00 | | 0.00 | FA |
| 17 Home State Bank Acct #7018101 (u) | Unknown | Unknown | | 0.00 | FA |
| 18 Overdraw on line of credit (u) | 0.00 | 45,000.00 | | 26,179.73 | FA |
| 19 Cook Co. Cir. Clk (cross claims  Case #12929, 09L245, 09L8513 ^ 09L003859 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 20 IL Office of State Fire Marshal  Basement boiler rm. (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 IL Dept of Childre & Family Ser. Day Care | 0.00 | 0.00 | | 0.00 | FA |

Printed: 04/13/2015 11:18 AM   V.13.21

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80295  
**Case Name:** MCHENRY COUNTY YMCA

**Trustee:**  (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/27/11 (c)  
**§341(a) Meeting Date:** 06/09/11

**Period Ending:** 04/13/15

**Claims Bar Date:** 09/14/11

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| (License re: prairie Grove Day Care)  (See Footnote) | | | | | |
| 22  IL Dept of Public Health   Facility license  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 23  United States Postal Service   Standard mail permit | 0.00 | 0.00 | | 0.00 | FA |
| 24  PMA Appalachian Underwriters Workers   Compensation | Unknown | 0.00 | | 0.00 | FA |
| 25  AM Trust North Amnerica Workers   Compensation | Unknown | 0.00 | | 0.00 | FA |
| 26  1998 Dodge Dakota | 0.00 | 0.00 | | 0.00 | FA |
| 27  1997 Ford F250 Truck | 0.00 | 0.00 | | 0.00 | FA |
| 28  1997 Dodge Ram 2500 Truck | 0.00 | 0.00 | | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 1.94 | Unknown |
| 29  Assets    Totals (Excluding unknown values) | $1,702,961.66 | $159,205.00 | | $1,548,862.90 | $0.00 |

RE PROP# 1     VOIDED - Duplicates #2  
RE PROP# 19    Case #12929, 09L245, 09L8513 & 09L003859  
RE PROP# 20    Basement boiler rm.  
RE PROP# 21    (License re: Prairie Grove Day Care)  
RE PROP# 22    Facility license

**Major Activities Affecting Case Closing:**

The Trustee has resolved the litigation with U.S. Bank over an overdraw on a letter of credit (adversary #11-96202).  The Trustee has recently prepared a Motion to Set an Administrative Bar Date and that is to be heard in January 2014.  After the expiration of the administrative bar date it is presumed the Trustee will not have enough funds to pay all of the Chapter 11 administrative claims in full.  The final report should be on file before June 30, 2014.

**Initial Projected Date Of Final Report (TFR):**     January 15, 2015          **Current Projected Date Of Final Report (TFR):**     January 15, 2015

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 11-80295 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MCHENRY COUNTY YMCA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******80-65 - Checking Account |
| Taxpayer ID #: | **-***4576 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 04/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/20/11 | {8} | River Trails School District 26 | Pymt. of invoices #6415 & 6416 | 1129-000 | 10,139.00 | | 10,139.00 |
| 06/21/11 | {4} | Harris Bank NA | turnover of bank accounts | 1129-000 | 22,693.16 | | 32,832.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 32,832.23 |
| 07/27/11 | | To Account #**********8066 | Transfer funds to Illinois Atty General's Office | 9999-000 | | 100.00 | 32,732.23 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,732.50 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.97 | 32,669.53 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,669.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.14 | 32,593.66 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.25 | 32,595.91 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,596.17 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.97 | 32,529.20 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,529.47 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.61 | 32,464.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 32,465.12 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.16 | 32,393.96 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,394.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.56 | 32,327.67 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 32,327.94 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.67 | 32,257.27 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.89 | 32,193.38 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.97 | 32,127.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.63 | 32,063.78 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.28 | 31,991.50 |
| 06/05/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #11-80295, #016018067 | 2300-000 | | 242.09 | 31,749.41 |
| 06/28/12 | 1002 | Bernard J. Natale | Per Court Order 6/27/12 | 3210-000 | | 10,000.00 | 21,749.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.07 | 21,686.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.18 | 21,634.16 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.80 | 21,588.36 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.28 | 21,547.08 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.56 | 21,498.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.05 | 21,454.47 |
| 12/12/12 | | To Account #**********8066 | transfer funds to one acct. per JDO | 9999-000 | | 21,454.47 | 0.00 |

Subtotals :    $32,834.10    $32,834.10

{} Asset reference(s)

Printed: 04/13/2015 11:18 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 11-80295 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MCHENRY COUNTY YMCA | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******80-65 - Checking Account |
| **Taxpayer ID #:** **-***4576 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 04/13/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 32,834.10 | 32,834.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 21,554.47 | |
| | | | **Subtotal** | | 32,834.10 | 11,279.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,834.10** | **$11,279.63** | |

{} Asset reference(s)

Printed: 04/13/2015 11:18 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-80295 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MCHENRY COUNTY YMCA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******80-66 - Checking Account |
| Taxpayer ID #: | **-***4576 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 04/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/27/11 | | From Account #**********8065 | Transfer funds to Illinois Atty General's Office | 9999-000 | 100.00 | | 100.00 |
| 08/04/11 | 101 | Illinois Charitable Bureau Fund | #01003743 (YMCA of McHenry County) | 2990-000 | | 100.00 | 0.00 |
| 08/29/11 | {2} | Chicago Title & Trust Co. (Bank of America -NYC) | Incoming wire transfer | 1110-000 | 1,489,849.07 | | 1,489,849.07 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.09 | 1,489,644.98 |
| 09/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -204.09 | 1,489,849.07 |
| 09/06/11 | | To Account #**********8067 | Segregated acct for funds going to secured creditor | 9999-000 | | 1,421,828.07 | 68,021.00 |
| 12/12/12 | | From Account #**********8067 | Transfer to one acct. per JDO | 9999-000 | 15,686.84 | | 83,707.84 |
| 12/12/12 | | From Account #**********8065 | transfer funds to one acct. per JDO | 9999-000 | 21,454.47 | | 105,162.31 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.59 | 105,121.72 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 105,121.72 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,527,090.38 | 1,527,090.38 | $0.00 |
| | | | Less: Bank Transfers | | 37,241.31 | 1,526,949.79 | |
| | | | Subtotal | | 1,489,849.07 | 140.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,489,849.07 | $140.59 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-80295  
**Case Name:** MCHENRY COUNTY YMCA  

**Taxpayer ID #:** **-***4576  
**Period Ending:** 04/13/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******80-67 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/11 | | From Account #**********8066 | Segregated acct for funds going to secured creditor | 9999-000 | 1,421,828.07 | | 1,421,828.07 |
| 09/08/11 | | Harris N.A. | Transfer funds sec. creditor | 4110-000 | | 1,270,006.83 | 151,821.24 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 326.16 | 151,495.08 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 300.92 | 151,194.16 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 331.42 | 150,862.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 309.99 | 150,552.75 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 329.13 | 150,223.62 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 297.57 | 149,926.05 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 307.22 | 149,618.83 |
| 04/19/12 | 101 | BMO Harris Bank, N.A. | Per Court Order 4/18 | 4110-000 | | 58,351.22 | 91,267.61 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 288.40 | 90,979.21 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 205.11 | 90,774.10 |
| 06/18/12 | 102 | BMO Harris Bank, N.A. | Per Court order of 6/13/12 | 4110-000 | | 34,578.18 | 56,195.92 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.36 | 56,025.56 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.45 | 55,903.11 |
| 08/22/12 | 103 | BMO Harris, NA | Per Agreed Order of 8/20/12 - | 4110-000 | | 40,000.00 | 15,903.11 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.37 | 15,784.74 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.18 | 15,754.56 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.51 | 15,719.05 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.21 | 15,686.84 |
| 12/12/12 | | To Account #**********8066 | Transfer to one acct. per JDO | 9999-000 | | 15,686.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,421,828.07 | 1,421,828.07 | $0.00 |
| | | | Less: Bank Transfers | | 1,421,828.07 | 15,686.84 | |
| | | | **Subtotal** | | 0.00 | 1,406,141.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,406,141.23** | |

{} Asset reference(s)

Printed: 04/13/2015 11:18 AM   V.13.21

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-80295 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MCHENRY COUNTY YMCA | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3465 - Checking Account |
| **Taxpayer ID #:** | **-***4576 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 04/13/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/13/2015 11:18 AM   V.13.21

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 11-80295 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MCHENRY COUNTY YMCA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***4576 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 04/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 105,121.72 | | 105,121.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.91 | 105,064.81 |
| 02/13/13 | 10102 | Eder, Casella & Company | Per Ct. Order of 2/13/13 re: accountant fees | 3310-000 | | 4,000.00 | 101,064.81 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.19 | 101,016.62 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.87 | 100,970.75 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.55 | 100,920.20 |
| 05/03/13 | {18} | U.S. Bank | line of credit monies | 1221-000 | 26,179.73 | | 127,099.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.02 | 127,020.91 |
| 06/05/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #11-80295, Bond #016018067 | 2300-000 | | 121.88 | 126,899.03 |
| 06/20/13 | | Natale Trust Fund | balance of retainer issued on 6/28/12 (check #1002) | 3210-000 | | -5,312.37 | 132,211.40 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.88 | 132,130.52 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.43 | 132,029.09 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.06 | 131,937.03 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.86 | 131,848.17 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.99 | 131,747.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.54 | 131,661.64 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.69 | 131,560.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.43 | 131,466.52 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.17 | 131,381.35 |
| 03/12/14 | 10104 | Clincher, LLC | Per Court Order 3/12 to pay admin. clm | 2990-800 | | 62,692.17 | 68,689.18 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.00 | 68,646.18 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,636.18 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,626.18 |
| 06/03/14 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #11-80295, Bond #016018067 | 2300-000 | | 64.78 | 68,561.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,551.40 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,541.40 |
| 03/12/15 | 10106 | Yalden, Olsen & Willette | Dividend paid 100.00% on $10,487.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,487.50 | 58,053.90 |
| 03/12/15 | 10107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,405.90, Trustee Expenses;  Reference: | 2200-000 | | 1,405.90 | 56,648.00 |

Subtotals :     $131,301.45     $74,653.45

{} Asset reference(s)                                                                                         Printed: 04/13/2015 11:18 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| | |
|---|---|
| **Case Number:** 11-80295 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MCHENRY COUNTY YMCA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3466 - Checking Account |
| **Taxpayer ID #:** **-***4576 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 04/13/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/15 | 10108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $34,863.15, Trustee Compensation; Reference: | 2100-000 | | 34,863.15 | 21,784.85 |
| 03/12/15 | 10109 | Office of the United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 21,134.85 |
| 03/12/15 | 10110 | Duane Morris LLP | Dividend paid 20.65% on $102,316.69, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 21,134.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 131,301.45 | 131,301.45 | $0.00 |
| | | | Less: Bank Transfers | | 105,121.72 | 0.00 | |
| | | | **Subtotal** | | 26,179.73 | 131,301.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,179.73** | **$131,301.45** | |

{} Asset reference(s)             Printed: 04/13/2015 11:18 AM    V.13.21

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 11-80295 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MCHENRY COUNTY YMCA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3467 - Checking Account |
| Taxpayer ID #: | **-***4576 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 04/13/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts : | 1,548,862.90 | | **TOTAL - ALL ACCOUNTS** | | | |
| Net Estate : | $1,548,862.90 | | **Checking # ****-******80-65** | 32,834.10 | 11,279.63 | 0.00 |
| | | | **Checking # ****-******80-66** | 1,489,849.07 | 140.59 | 0.00 |
| | | | **Checking # ****-******80-67** | 0.00 | 1,406,141.23 | 0.00 |
| | | | **Checking # ******3465** | 0.00 | 0.00 | 0.00 |
| | | | **Checking # ******3466** | 26,179.73 | 131,301.45 | 0.00 |
| | | | **Checking # ******3467** | 0.00 | 0.00 | 0.00 |
| | | | | $1,548,862.90 | $1,548,862.90 | $0.00 |

{} Asset reference(s)

Printed: 04/13/2015 11:18 AM    V.13.21